

# FILED

APR 17 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

*Alicia Moore*

Plaintiff(s)

vs.

*Tulsa Transit*

Defendant(s)

**23 CV - 154 TCK - SH**

Case Number: *564-2023-00230*

## COMPLAINT - EEOC

Comes now the Plaintiff, *Alicia Moore* and for his/her claim against the Defendant(s), *Tulsa Transit* states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) *Black* *female* who resides at
   (Race)        (Sex)
   *7732 S Victor 20C Tulsa OK 74136*
   (Complete address)

3. The Defendant *Tulsa Transit* is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   *510 S. Rockford, Tulsa OKL*

   *(Note: 3a-3f to be used if there is more than one defendant.)*

3a. The Defendant *Union* is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   *510 S. Rockford, Tulsa OKL 74120*

3b. The Defendant *Community Care* is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   *2 West 2nd St Tulsa OKL 74103*

3c. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at
   _____

3d. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

*IFP*

3e. The Defendant _____ is an employer,

employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

3f. The Defendant _____ is an employer,

employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at

_____

4.  On or about _*Aug 2019 - present*_, defendant(s)
(Month/day)    (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

_See attachment_

_____

_____

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

_Race, age, Retaliation, because I am not from Tulsa_

5.  Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought) _Monetary_

_____

_____

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

_Alicia Joon_
Signature
_7732 S Victor 20C_
Address
_Tulsa        OKL    74136_
City            State    ZIP
_316 806 2541_
Telephone

in the course of Aug 2019 - to Present
- Mental Anguish, humiliation, embarrassment
* was over looked and left out of the Rotation
of the board, cut my hours
- disparate, discrimination, Nepotism
favoritism
- Retaliate against
falsified my Records, hinder, single out
* Threaten, working in a hostle work environment
* affected my Pay Seniority was take away
and demoted
* Sick taken away
Night mares
telling my personall business to others
defamation of character
be little
Valation of my Rights
* played on my intelligence
* temidation
they was trying to dig into my personal
life as well
Misrepresentation from company and
the Union

* alienation in the office from other Co-workers &
Supervisors.
* disparaging Misrepresentation of my character & work
performance by So said Head director & H.R.

# *Amayesing Skillz*

## C O U N S E L I N G   S E R V I C E S

To Whom It May Concern:

Please accept this letter on behalf of Ms. Alicia Moore. Ms. Moore receives mental health services from our counseling agency, Amayesing Skillz Counseling Services, and is being assisted by one of our therapists regarding her mental health struggles.

Due to Ms. Moore's current stress due to work-related issues, I am recommending that a leave of absence would best help Ms. Moore's path to better mental health.

Please get in touch with my office staff or me at (918) 932-8774 if you need further clarification or documentation concerning my recommendation concerning Ms. Moore's leave of absence. Thank you kindly for your prompt attention to this matter.

Sincerely,

*Ebony Skillens LPC-S*
2/15/23

Ebony Skillens LPC-S

Office: 918-932-8774
Fax: 844-881-4140
6028 S. 66th E. Ave Suite 103
Tulsa, Oklahoma 74145
info@amayesingskillz.com  |  www.amayesingskillz.com

No
Maybe

## Do you believe you were discriminated against by the company because of any of the following?:

✓ Race
✓ Sex / Gender
  Disability
✓ Age
✓ National Origin
  Religion
  Sexual orientation
  Gender identity
  Pregnancy
✓ Whistleblowing / Complaints about illegal activity in the workplace
  On-the-job injury
✓ Retaliation / Complaints about discrimination
✓ Retaliation / Complaints about pay
✓ Leave
✓ Other
  Not Applicable

✓ Nepotism, the ethic law

## For each box checked above, tell us about why you believe your company was motivated by that issue.  See attachment

I feel they didn't do nothing to the white people that was complaining I was also the only Female because I was a black person and that I didn't have no one in the to help me so they kept on harassing me.
I am a 55 year old woman I had alot going for myself before they started harassing m...

## Have you received any of the following during the last year?

Yes daily
✓ Verbal coaching
✓ Oral reprimand

1. Race — they didn't do nothing to the white people that was complaining about the Supervisor. I was threaten to shut up fored to go see a psychiatrist for no Reason to keep my Job

2 Female — because I was a black person (woman) and that I didn't have noone in the state of OKL to help me - so they kept on harass ing me

3 Age — I am a 55 year old woman and I had alot going for myself before they started harassing me

4. National Origin — I am a US Citizen because I wasn't from Tulsa OKL I was        out of place to them

5 Retaliation / Complaints about discrimination

6 . Whistleblowing / Complaints about illegal activity in the workplace —

A. My Qualification was dismissed for no Reason

B. Changing of my schedules

C. No Rotation of the work board

D. playing favoritism

E. Nepotism

13

F. cutting of my work hours

G. Routes was blacken out couldnt see what was available

H. falsifying my records to kee bionie from promotion and making more money

I. discriminated daily by giving bran new employees and or white employees under me promotions and a chance to make more money over me

J. hindering me from doing my Job daily

K. being followed on my Routes only to be wrote up for nothing.

L. The President of the Union was telling others supervisor, and Union Reps not to help me at all because I also wrote her up for doing that and not helping me on my case.

M. I was embarrassed and humiliated in front of all of my accesers and threaten to shut up and to go see a psychatrist.

N. the grievous forms was taken out of the work place so we couldnt write them up, the write ups was done on Reaular Paper

7. Retaliation / complaints about pay
   A. When working extra they would for get to put it on your pay check
   B. When you call in sick they would act like they for got didnt get it

   C. When I was over looked was never paid for it. the President of the Union Laughed in my face and said I would never get it and walked off

8. Leave. Making excuses, not answering My phone calls, when I call in. and Being Lied to when I do call in and some one answer

9. Nepotism. Alot of employees that was known before me was treated better got better schedules then I did and new employees as a favor to get other routes filed.

   B. Upper Management was in cahoots with one another to Retaliated against me

Written warning

Suspension (paid or unpaid)

Demotion

Poor performance evaluation

I have received no discipline in the past year

Other ... _Nepotism_ and ethic law was going an there was no reason why the

**Please explain why.**

and of doing me like this. other then the reason for telling an then (retaliation)

**If you checked any of the boxes regarding discipline, above, do you disagree with the discipline?**
**Please explain why.**

✱ it dont know what they did in any site we stals ssigal my re and want let my train any more they do not Retalic and ward let my employees like the posted to alot of favoritism an

**Was your employment terminated by the company?**

No it didnt, it was pulled in the office with the Union Secretary. it had wrong dates time and conversation on it. was wrong so to all they was by me and it was wrote up for the other supervisor that was harass and Retaliated the next day because it told her that it was going.

the EEIC head

_____ Yes, I was terminated

_____ No, I quit

✓ I think I am going to be terminated  they wants to fired me but dont have nothing on me

No    do so after going through this it dont want to me

with them No More I haut been working in a hostfel worke

**Were you subjected to a hostile working environment by this company?** also walking pressing tag

(Yes)  it had to fight them

No   her reputation is known to Run up on others to wat back up in the mi

YES EVERY DAY  of the night watchi

car as well becau

From Aug 2018  to  Nov, 2023  knew were it sta

Poor performance, Demotions

When asking supervisor to change the situation that they put me in he said he would and that I wanted to be treated equal to my coworkers he said ok and never did anything about it he was also told by President of the union to no help me

everything about my performance is excellent, attendance, accident free won first place in the bus rodeo on the News for it, and from this point even hinder from bettering myself as a senior driver getter any Kind of Recognition or promotions

the write up should be walking off now was for no reason the superv. that wrote me up falsified my records for the other superuisor

## Have you been to any of the following regarding your potential claim against the company?

✓ Equal Employment Opportunity Commission (EEOC) ___ Yes I did and I have my right to sue let
Department of Labor (DOL) ___ I did call no respond no respons I did know of them)
Oklahoma Attorney General and/or the Office of Civil Rights Enforcement (OCRE) I didnt know of them
Law enforcement of any kind I wanted to so bad
None of the above I didint know were to turn

## If you have been to the EEOC, have you received a letter titled "Dismissal and Notice of Rights"?

Yes

Yes ⟵(circled)
No
Not applicable

## Have you filed a lawsuit and/or a Charge of Discrimination with the Equal Employment Opportunity Commission against an employer before?

Yes
No ⟵(circled)

## Have you applied for unemployment benefits?

Yes
No ⟵(circled)
Not yet, but I am going to

**Please check all that you have in your possession and can provide to our office.**

- ✓ Paystubs from the company
- ✓ Handbooks and/or policy manuals
- Applications for employment
- Tax returns for the past 5 years — I think it can get them it will try
- W 2s for the past 5 years
- ✓ Emails between you and your company, including coworkers, supervisors, or human resources
- Text messages with others from the company, including coworkers or supervisors
- Termination documents

and written documents and notes

**If you have sought medical treatment or counseling for emotional distress and/or a disability that is relevant to your legal issue, please provide the names of the counselors or physicians you have sought treatment from.**

My Doc. Mayes 1800 993 8224
Please enter your response

MyDoc. Mason Counseling Services  918-268-9978
    Amayesing Skillz  1 855 205 4285
MyDa. WB3. Ebony Skillcens Counselor
they Made me go see

**Have you experienced any of the following symptoms after your legal issue with your employer began? This question relates to symptoms that were created or worsened that you believe are connected to your legal issues.**

before this happen to me I had a good and clean health history
no meds have never had mental counseling not hospitalized for anything

- ✓ Weight loss/gain
- Upset Stomach
- Nausea
- ✓ Trouble Sleeping
- Nightmares
- Rashes
- ✓ Low Energy
- ✓ Family Trouble  about want this my family to Krazy
- ✓ Anger
- ✓ Crying
- ✓ My hair came out bad, headaches, paranoia because the

Health Concerns
Loss of Health Insurance
✓ Embarrassment
✓ Loss of interest in spouse, friends, activities, sex
Alcohol use
Smoking
Divorce/separation
✓ Hair loss
✓ Ulcer
✓ High blood pressure  in the beginning
✓ Avoidance of others
✓ Loneliness  Yes because upper management tried to turn my coworkers against me
Worry about money/bills, reputation, career - because when I post to get paid I dealt with my head being cut, hindering me to Rot, be able to improve myself or reputation
Cutting my career and the gift that God gave me Short.

**Are you taking medication related to any of the above described symptoms?**

✓ Yes, prescribed medication.  When needed

Yes, non-prescribed medication.

No.

N/A

**Is there any other information that you have not already provided to us regarding the reasons you believe you have a claim against your employer?**

Please enter your response

I was Single out, it was like I was in Jail a slave, a walking preying target to them they didn't care about nothing they did wrong to me starting from HR, Head Director, President of the Union to Supervisors they went against their on hand book I am not the only one

## Is there anything else we can help you with?

Please enter your response

I am looking for an attorney to help me please find out thank you

## Confirm Submission

By checking this box you confirm that you have answered the above questions honestly and candidly, and you understand that any legal advice given is based upon the information you have provided.

**Save Progress & Exit**

My qualification was dismissed for no reason
1 changing of my schedule
2 No Rotation of the board work.
3 playing favortism
4 Nepolism
5 cuttinof my hour
6 Route was blacken out cowdint see was available
7 falsifying My Records to kept me from promotion and making more money

Discriminate by giving employees under me and or white empbyees the promotion over me

hinder me from doing my Job dayly being follow on my Route to write me up

the Union President Union tell other Supervison not to help me because I wrote her up and called in on her I was embarrassed and humiliated in front of my accusers and threaten to shut up and go see a psychiatrist

To whom it may concern:

*My Recommendation from Head Director*

- Who you are: Julia Butler – Director of Transportation
- Who I am: Alisha Moore
- Length of employment: Employed since 12/28/2015
- Attendance: 0 occurrence since employment
- Job performance: Great overall
- Random Drug/Alcohol screenings: Yes randomly
- Character, and how well I get along with others:

2 external poor customer service and 1 internal conduct unbecoming complaint 2018. No issue since 2018 Great work ethic, get along well with others.

*Julia Butler - is now Julia Colbert is now married to Micheal Colbert Head Director*



**TULSA TRANSIT**

*May – 2022*

## APPLICATION FOR BEHIND-THE-WHEEL TRAINER

If you are interested in becoming a Behind-the-Wheel Trainer for Bus Operators, please complete this form and return it to the Human Resources Department. The duties and requirements are specified below.

DATE: 5 21 2022

*this is the new list Quincy and Lattia made with put and I put a me been on it and through other app in supervisor on the day*

NAME: _____

**SUMMARY:**   Assists in training Bus Operators.

**DUTIES AND RESPONSIBILITIES:**
1. Actively trains new Bus Operators in the classroom and on the road driving.
2. Trains when requested by management.
3. Abides by all Tulsa Transit policies and procedures as well as state and federal regulations.
4. Willing to work flexible work hours upon request including early mornings, evenings and weekends on occasion.
5. Evaluates performance of trainees and fully completes Operator Evaluation Report/Ride Check.
6. Willing to meet with management upon request to discuss the performance of trainees.

*I have been here 7 years*

**REQUIREMENTS:**
***Knowledge*** - Must have at least one year of experience in safely driving Tulsa Tr~~ current CDL A or B Driver's License with passenger endorsement. Must communica~~ and group settings. Must act professionally in all situations and encounters with empl~~ be able to maintain confidential data.

*No work I put in app for Traines*

***Mental Effort*** - Requires ability to handle numerous activities at one time. Must ~~ supervision and possess good communication and organizational skills. Must ha~~ judgments when questions arise.

***Physical*** - Sitting, standing, and walking are required in the course of training. Requires ~~ outdoors for multiple hours at a time. Must be able to board, drive, ride, and deboard all MTTA ve~~ able to pass a DOT physical. Must look professional, have a neat and clean appear, and consist~~ proper uniform.

***Audible/Visual Demands*** - Requires ability to hear radio, verbal directions given, and communicate well with others; visually perform essential functions for satisfactory training. Ability to view visual display terminal, training materials, and/or bus routes for extended periods.

***Miscellaneous*** -
Must consistently demonstrate outstanding customer service skills.
In the past 3 years, must have received no more than 1 accident point.
In the past 1 year, must have received no major disciplinary action and no more than:
- 6 valid complaints (excluding on-time performance)
- 4 occurrences
- 12 total complaints

*The above description is intended to describe the general content, identify the essential functions, and set forth the requirements for the performance of this job. It is not to be construed as an exhaustive statement of duties, responsibilities, or requirements. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential tasks. EOE/AA and Drug Free.*

©Metropolitan *Tulsa Transit* Authority 5-14-15





# Congratulations!

On the occasion of reaching your service milestone with Tulsa Transit, please accept my personal appreciation and congratulations for your service with us!

Together, we can take pride in your accomplishments.  We truly value your commitment to excellence and quality. With your help, we are well on the way to achieving our goal of making Tulsa Transit a success!

May the years ahead bring us the continued pleasure of having you work with us and provide you with professional satisfaction and personal happiness.

I hope your award will always remind you of my appreciation.

Sincerely,

General Manager/CEO

*good job champion!*
*TK*
*2020*

My qualifiation

This is huge to me il was proud Of myself and thank Mrs Julia for Putting me in it il wouldnt Of never did it on my own il have been a commercial Driver for 20+ years clean Record!





My first Right up. Quincy was suspended for a week

around Sept. Jun or July of 2019
"Start time"

## To Whom It May Concern: Around Feb

(1)

I have wrote this matter up once before, I'm dealing with Quincy and her evil ways again. I briefly talked to Quincy about the trainees, even then she didnt say nothing to me about anything being wrong on my behalf.

5/30/21

I thought this matter was cleared up and being dealt with but as I can see it is not. I sat across from Quincy just simple conversation about the trainees and a lot of other stuff as the time went on though out of our conversation she made a rude comment — she said with a straight face we need to stop trying to knock each other down and work togather at that moment I was confused I thought we was having an open conversation and I didnt want to think that she was being funny or hinting to me in another kind of way or something else over all she was directing that comment to me.

Feb/2021                                    (2)

from when I wrote the first few
words the last time because I
wrote the office I thought and my
hopes was for things to get right
and come to a whole. I dont want
no problems with Quincy. I get along
with everyone.

Within me I feel as she have been
trying to turn people against me. She
still feel that Im not worthy of my
duties of the trainees. She just dont
want me to make the extra income,
but yet stating that I have had bad
reports from my trainees. There has
been other trainers that have had
bad reports from other trainees but
they still get other trainers. Which
they saying that this not fair to me
and others that want to train and
that are good at doing what they do
have not had a trainees since Quincy
have been in the office. This to all
of us is a personal thing.

Now my dealings with Quincy I am

(3)

facing harassment. I am as a driver dealing with Quincy. She has come off as a person infront of others to do well by staff but to an indivduals face she talks to ones like they lack the capability of their job or beneath her. I have been with this company for 6 years but for Quincy to play games like she does is totally unexceptable.

I dealing with mis judgement and favoritism. alot of my co workers are her friends that she chose have less seniority than I do. She pick them over me for trainess and I inturn hear about it from them or see them In passing or talking in the breakroom. Everyday

I am one out of the bunch that has been singled out to not train, like the others we have not been given any type of reason by paper, meeting or any type of response as to why we are not allowed to train.? We do notice that her picks are her friends that

(4)

have less senority. With the comment she made on 5·30·21 about getting along I believe she was not sincere and was hinting to me I shouldnt have wrote her up like that and take What she is doing to me and the Others and shut up.

When they come in the mornings they struggle to send out Trainees due to lack of ones not wanting to train but still they dont assign trainees to me and Others that has already been doing it before she came to be in office, then she will Put them with the same peoples

June 10th and 11th. 2021 at 1:00 pm I know she found out about this meeting so started pulling tapes from the buses I were assigned to so she can find reason to have something on me — Retailiation and hassment in the work place.

June 12th. 2021 at 2:30 pm I realized I left my name plate

(5)

On a previous bus I used and I called the driver to take it in to the station my request was brief then I was intervened by an loud, unprofessional out burst of thats a 1030 by Quincy every body heard. On June 12, 2021 all day it was long uncessary conversation over the radio and there was no 1030 or Clear air. Quincy could have asked me to give her a 21 but she didnt she chose a unprofessional way by screaming thats a 1030 when she heard my request. (Voice)

She has made it out for me to look like I'm a hastile worker in the work place due to me writing her up previous on the same complaints she hasnt let go of it since.

There is at least 6 others that is scared to come forward due to her retailating on us- We dont want to loose our jobs but she is making us uncomforting when we come to work

(6)

Quincy misuses her authority to get us to except her bullying and abuse, and dont say nothing and is letting us know she has the power to do what she want us to do and not go by work place standards or protocols.

Equally with my co workers I do not appreciate being stress out on my job I bother her or give her no reason to bother me she just mad at the situation. I get along with everyone, I come to work on time everyday. She refuses to treat me fairly and this not good. She not necessarily going by the books by being mad or its just a everyday thing with her. Its authority roll just because she is in the office she can treat us any kind of way. This is a bag full of mind games for her she is playing Testing the Water to see if we going to say something by this is the scond set of trainees that have come out of class and I didnt get not even one.

6.4.21 Now again Im dealing with conflict

(7)

of interest, Mistreatment, favoritism, being singled out, harrassment, Bulling for no reason I have not done nothing to Quirey or no one. I put this on paper because I am seriously upset about this matter and her judgements towards me I want a chance to make extra money like the rest of the drivers and to be treated equally thats all I ask of her to do. But she will not and keeps doing things to people when she thinks nobody is paying attention. I do not appriciate being stressed out on my job due to her lack of integrety to the company.

## Integrity - (8)

Is usually defined as doing the right thing when no one is watching. A person who lacks integrity will make decisions based on how it will make them look rather than how it will benefit others. Poor integrity hurts your reputation and people dont trust.

A person of integrity do the right thing regardless of the circumstances.

Lacks integrity, phony acts, fraud, untrustworthy, dishonest irresponsible, unreliable, deceitful, two faced.

What do you call someone who lack integrity opposite of the quality of being honest and having strong moral principals. dishonesty, crookedness, crooked bosses make up stories when they dont know the answer to an employees question and they are not motivated to find work out for example discussing the work

(9)

responsibilities or home. life of other employees with Another employees.

I have tried from the beginning to put trust in Quincy As a super visor to doing the right thing by us, she Also shared my personal business with other Drivers and others not once maybe 2 or 3 times which is Unacceptable I have put what have happen between us behind me like Mrs. Julia Ask of me but this HAs not worked out for me nor the other (Drivers) Its back the same way even worse at times with others
watch tape in office   6/12/202(

I'm sorry that this matter has come to play once AgAin was not my Attention I love my Job and the peoples at work whom I work with

(11)

My Attention for my trainees when they come to me

I show them how to drive the bus I would expect them to take notes because I would share with them things that they would need down the line

to Ask question of myself containing to the Job At the time is more important to me

their main concerns of what they want and need to work on beside of the other things that need to be in taken from me.

I give them prompts on how they are doing and pointers like when lanes are small you don't let other cars come beside you, you just stop and let them go and make up that time

I would let them know when they are doing wrong or Right and rather or not its good or bad show them how to do it right and go on. you did A good Job,

**February 18, 2023**
Manipulation and working in a hostile work environment with no follow up behind it, I felt very unsafe and very uncomfortable and it made me unable to continue my work performance at a high level.
My name is Alicia Moore. I have endured numerous encounters of harassments on my job.

**Doing these encounters It  was**
- Nepotism and favoritism,
- I was also hindered by all of them
- being singled out discriminated against daily because of my gift from God as well as my talents
- harassed every day, emotionally and mentally
- Embarrassment and humiliation in front of everyone daily
- Being bullied and retaliated against because I have written up every event letting them know what was going on and Nothing was done been ignored
- Overlook for promotions as a senior and qualified driver, working emotional and mentally stress due to management retaliation and the Union President Camilla Hunter , Human Resource Debbie Boudreaux, and Head  Director Michael Colbert allow me to be targeted by each of my managers and  the EAP person Renee  Avery

8. My records was falsified and filled with untrue statements made against me

9. My pay was affected, and also cut by routes that was not available for me, routes was taken away, do to  run picks and none rotation of the board, It was also narrow down to certain runs at first, blackout so I couldn't see what was available, and it was a list that I had to pick from that didn't have much time on the routes after other employees picked, my time was lesser than theirs and I was also put at the bottom of the list. Do to the contract of route picks are started from seniority and not favoritism,  Routes and qualified positions was taken away given to less seniority employees up under myself, and when I sign up for overtime less seniority employees was called over the radio and given an opportunity to take the runs before myself, disregarding my sign up on the board.

Before they was put in the office I worked overtime,  I was given extra work and treated equally to my coworkers, I was also being treated as a team member I was not harassed nor discriminated until.

These are the ones that I  have complied with about my situation, and there was no follow up or feedback to me concerning my issues of how I was  being treated on my job. I was not informed or address that my seniority had been changed, which was very confusing to me  according to the contract. Since beginning of this time August 2019 til now Feb 2023
**Quincy Bennett Seals  - Supervisor**  November 2022 she was finally taken out of there

Latitia Richardson      - Supervisor  around June 2022 she was demoted and quit
Eric Smith              - Safety Supervisor around October 2022 he was demoted and quit
Because we have new management now!
Camilla Hunter          - President of the Union
Eddie Irving            - Secretary of the Union
Linda winfield          - supervisor
Christopher             - Supervisor
Christian               - Supervisor
Michael Colbert         - Head Director
Debbie Boudreaux        - Human Resource
Renee Avery             - EAP worker


Due to the meeting I had in May 2022 Which was supposed to be with the assistant President of the Union  Lawrence Bennett and Head Director Michael Colbert  and myself I felt like he Shoulda informed Mr. Bennett and I of  the other parties  (Quincy,Camilla,Latitia,Eddie) being part of it. With this being said I was intimidated and threatened me to keep silent with them being the only one's knowing there was no follow up. Michael  Colbert pursue on telling me that I needed to seek some help, I felt threatening and I was intimidated because of how he did me I trusted Michael and he let me down, I also felt like it was conflict of interest of how he was close to the rest of them, if I did not agree in signing the referral letter I was also  afraid of losing my job at that time,  but is it not my right to be able to point out these issues and not feel   Intimidated or to be threatened to doing so because I did speak out, and that I brought out issue that made me uncomfortable. Michael was also claiming that I was the only one that was writing up my accusers violating civil rights, humiliating me in front of all of them. I also was the only one that was documenting everything, about all the unfair treatment that was going on around the company, the truth they was being wrote up and complained upon by a lot of the employees. I did agree to go see the community care person  for the three times, to get it out that I was being harassed and hoping that someone would follow up on my claims or do anything about them. Come to find out that my referral letter was falsified and that the community care lady Renee Avery told me that she could not give me a copy of it but she could tell me what Human Resource Debbie Boudreaux discussed on the letter about me to her which was that I was Successive sadness and hindering folks around me, that WAS NOT what I agreed upon when I signed that referral letter Michael Colbert Presented to me it only had on it that I needed to go see the Community care, person for three times or be taken out of service. for one I was threatened to sign it and not asked for two I was accused of being something I wasn't which was (crazy ) and assaulted my intelligence and my character, three and none of my issues and claims was still not ever investigated or looked into from my knowledge.

My qualifications: has been dismissed  for no reason
With all my achievements and awards even winning first place in the 2020 bus rodeo, 7 years i have not missed a day excellent attendance, safety patches every year I have 6 of them they stop giving

them out, also i get to dress down doing every weekend . I have been driving for 30 years. This is my gift that God gave me as well ask my talents and it was not for someone else to take it away but him it has been taken away in a Unmeaningful way.  For no reason and for over the last 5 years I've been asking WHY

Is it wrong for me to feel this way ?

PS all I wanted was to come to work in peace to be felt alone so I can do my job and go home in peace and for everything to be made a whole thank you Alicia Moore

Alicia Moore, Feb,21, 2023  12:00pm

Date : 2/21/2023

Notary: Katrina Faith Marr

Comm Exp: 10/06/2025

11:23    .ull LTE 🔋

<         **Lisa's post**         •••

Hello my name is Alicia I have been trying to fine someone to help me on my discrimination case. I also been calling around for the last three weeks now with no help. I have been bullied, discriminated, harassed, hindered it's more all this by my whole management staff I have my right to sue letter and no help can u help me please I am ready to go on my case my name is Alicia my number is 316/806/2541 please call me back thank u

👍 Like     💬 Comment     ↪ Share

**Top comments** ⌄

 **Antionette Ben**
No one's going to help you. The system is set to appear as though theres help but in actuality It's rigged against black people. And that includes other black people. Sorry.

7m    Like    Reply

 Write a reply...

 Write a comment...   

 Home     Friends     Dating     Profile     Notifications     Menu

# To whom it may concern

Jun 2, 2022

I have endured numerous of countless encounters with Quincy and her unprofessional ways that has to do with her harassment, bullying emotionally and mentally, retaliation, humiliation, embarrassment, discrimination, favoritism and made this out to be a hostile work place.  I have wrote this matter up three times and a verbal meeting with Mr Ted August 31, 2021 11:15am. Mrs.Julia told Quincy to stop and that she did not have any rights to do what she was doing taking me off the (roster) off the line up for the training list and she was also suspended, leaving Miss Julia office she told me to go back to work and that I did not have to worry about Quincy anymore that she will take care of it, to not let it go on this long again. Miss Julia ended up hurt on a job and did not come back so that gave Quincy the opportunity to start it up again with the harassing and retaliation,humiliating me in front of my coworkers and she did. Then I went to Liz June 11 2021, Liz, also told Quincy to stop and that she wanted me to have trainees one big reason of hers was because I won the rodeo. Quincy also showed Liz false documentation she put my name on trainees that I didn't have to say that i was getting trainees back to back so Liz ask me did I want to see the paperwork and I said yes and told Liz that I didn't not know who them people was, then Liz said that she was going to investigate it when she got back ended up having to go check on her mother and never came back, with this being said Quincy started it back up again with all the harassing bullying and humiliation and discriminating,  retaliation making it be a hostile work place for myself and other drivers. Not knowing that Ted had given Debbie my paperwork for her to handle this matter. I went to Debbie on several occasions especially Aug 27 2021, about Latitia getting into the middle of this situation by writing me up for Quincy on August  28, 2021.  I given Debbie all I had on Quincy telling Debbie that I had been harassed on the job. She stayed gone for almost a month do to Covid-19. Leaving me to cope with this matter on my on.

So come Aug 2022 it would be 3 years that I have been dealing with this, I also kelpt Camilla informed of all this the last talk I had with Camilla was around Aug and September because I needed a grievance form to file against the false allegations that Latitia made against me. Camilla had taken the grievances forms out of the lounge so no one could write Quincy up any more that easily, we had to ask her to give us a form, she wants to know why and if it was about Quincy her response was that she WAS NOT getting involved, meaning she turned her back on all of us not just myself.

Before Quincy came into the office I was doing extra work every week on top of training, even two at a time. I was happy doing what I liked to do and did, driving, helping others   that wanted to learn and even learning more myself.

When Quincy got in the office Myself and others was stripped silently of my and our credentials I was told that my friend meaning ( Nakia) wasn't there anymore to protect me, every time Nakia would give me a trainee/extra work and Quincy seen my name on the trainees envelopes she would scratch my name off of them and put them with someone else even if it was meaning that, that person was not there that long, she was giving trainees/ extra work to drivers that was still on probation, she didn't care she just didn't want me to have anyone. This is how she was bullying me

on a lot things I was doing for this company . So she start controlling my hours by the board with me signing up to work.

When I sign up for work and I put restrictions on the board I may or may not get the work if I do it would be 2 1/2 hours. If I don't put restriction I end up working 15 to 18 hours a day. With this being said keeping me from getting trainees so a lot of times I went to other supervisors to get extra work but they never would give me a trainee because of Quincy, she made it her business with what I was doing and questions alot of what they did when it had my name on it, to make sure that I don't get what was available for me. She had went behind my back called another driver and ask of him (pastor Larry ) if he was able , if she found work for him was he able to cover it he said yes and she took me off the run, so I couldn't have them hours then when I got back into the lounge I told the other supervisor that was on staff, and he put me on report for the rest of that day.

For the week  of August 15 th I filled out a change of vacation form with supervisor Richard for the week of September 12 th and Quincy came behind him and denied it having me to pick another week I told her I had to go to court on this week she said ok then she approved it and initial it. Then with this being said I signed up to work for the week I change and Quincy allowed extra board to pick my run anyway, Aug 15th I sign up to work, this day Quincy was not at work, To my knowledge Quincy call in to see who was on the board. Told supervisor Randy that was on staff at the time to send me home because I was on vacation I told him no that I wasn't on vacation I changed it. Randy hung up from Quincy and called Jason and Jason told me to stay there don't go no we're so I stayed and got my hours. This is a uncommon matter of how Quincy was and is incontrolling my work hours coming behind the other supervisors and cut me from extra work any kind of work.

Now and for a long time now Quincy would come over the air having drivers to give base Disbatch a 21 to fill out the board before I asked for work also using the MDT for secret messaging, not calling me at all.

Within all three complaints and the verbal meeting with Ted I stated that they would schedule trainees extra work with coworkers on my route on the opposite side of me or on my off days. So I couldn't see them saying that this is the reason why I'm not getting extra work or trainees because of my hours attachment would prove otherwise since Debbie did not say anything about the situation this matter has got worsen with  Quincy she appears to not care about what no one says to her, she has all my supervisors against me at this moment it has been for a long time now, playing mind games. Also playing my coworkers against me giving them extra work trying to make me mad and upset me humiliating me in front of them embarrassing me watching them laugh at me to my face every day and every day is something different.

Now since Aug 26, 2021 I have been dealing with Latitia as well she is the one that made the statement that it was my hours and the runs that I picked is what was making it hard for me to get trainees/extra work, and that she was going to take me off the current list at that time, Latitia and

Quincy made a new list without me being on it so if I wish to complain about it I'm not on it and so they didn't have to say anything to me, containing it which is what she said and what's been going on for a long time though they will not answer my questions as far as correcting the situation so I can get back to what I was doing or them treating me equally to my coworkers. I was whating the reason why they wouldn't give me trainees /extra hours, Latitia kept saying that it wasn't Quincy that everyone in dispatch assign trainees/ extra work but, if so the other supervisor don't have a problem with me is what Im saying to myself. Then she (Latitia) also said that Julia and Liz took me off the training list, this was untrue because Latitia was not part of my meetings with them. I was wanting them to stop with the harassment praying that they would stop but never did. Mid Aug early September I had conversations with Camilla pleading with her to resolved this matter, I was ignored, left behind, put aside and never thought about again left to defend myself until Bennett said something to her about the grievances and her response to him about me was that I made it personal or is personal on my end. This is unfair to myself and the rest of the drivers that have been done away with all while Quincy have been in the office.

I take this moment to share with you why it meaningful a lot to me to not have to deal with situations like this. I lost my mother to bullying, harassment, physical abuse, blows to the face cigarette and lighter burns to her legs she also was pumped with cocaine, PCP, and six other different narcotics (painkillers) all at one time every day. The doctor asked her what was going on why did she have these drugs in her system that he did not give her, she was scared to say that her son was bullying her and abusing her, he also killed her off for her insurance policy and tried to steal her house is what got him caught up ending his own life to keep from going back to jail I would never want nobody else to ever have to go though this type of situation from anyone, she endured this from her own son and his girlfriend broke her heart , And we as in the rest of her kids are constantly reminded of this we are still going to court and we still unable to grieve over our Mother death.

So I'm asking of whom ever it maybe to make this matter a whole, I myself and other drivers want to be left alone to be able to come to work stress free and go home the same way, but some is scared to speak out and in fear of losing their jobs including myself

Do not No one deserves this type of treat me from no one rather they are at home, work or School this is not Right, I am standing my grounds because Im doing something I love to do and dont want no one not even some one Like Quincy DR Latitia, Camilla to take it aw

# June 2,

Bennett went into the dispatch office and told Quincy that she needed to cover his in my runs for June 3, 2022 for a meeting. Quincy said ok , and came back to Bennett later that day and told him that it was ok it was all good.

(Please pull tape on this day June 3 2022) 12:30pm

These are the mind games I'm talking about how they play toward me and other it didn't have to go this far but it did.

When I came in to Disbatch I had in mind of the meeting, I noticed everyone in there we was all getting ready to go to work and also noticed that Ferris was in there as well on report , was nothing said to me at this time . So I had no knowledge of my meeting been canceled, so I proceeded on to make copies for the meeting Teresa in the front office was trying to help me make copies when Letitia came behind her trying to see what Teresa and I was doing and I told Latitia that this was my meeting then she told me that I COULD NOT make any copies for anything because the company have a paper shortage and I told her ok tapping Teresa on the shoulder saying to her did you get the memo that we had a paper shortage and that I couldn't make any copies for anything, so from there I grab my things and I walked back into the drivers lounge putting them back together not saying anything. When latitia said what she said I knew she was not being truthful she was being dishonest and mean and hateful trying to provoke me putting me and Mrs Teresa under pressure about getting my copies done for the meeting. This is one of the moments among a lot of other times that she has,was, and is dishonest to me when she have conversation with me is the reason that I do not trust her( latitai). Overall she did not want me to make any copies for the meeting then went inside dispatch window where Quincy was telling her smirking like she had done something playing mind games only to see how I was going to react Quincy and Latitia both sat in dispatch window the whole time watching me 12:30 ish playing mind games to see how I was going to react at this time Quincy still have not told me my meeting was canceled, so it was time for me to go on my route I went back to the window to make sure if I had to go on route or not and she Quincy said yeah y'all all have to go together I said ok and left and called Bennett to see we're we was on the meeting and it was then I was told that it was lacking of man power BUT THEY HAD SOMEONE ON REPORT TO COVER ME AND DID NOT, to keep me from having this meeting with Mike.

I am not understanding why these actions are taken against me from day one I have not did anything to anybody. I come to work every day and on time I used to be able to sign up for extra work but that has been all taken away from me for no reason, still that have not stopped my ability to do my job. I come to work every day not knowing what Quincy and Latitia are going to do next like I said it's like walking on eggshells they have been pulling tapes again as well, some of my coworkers and supervisors that have been through the harassing, bullying, retaliation, that is gone now and so on may deserve a second chance. We could've had a regular schedule a long time ago, this is the reason why we don't have enough drivers or supervisors some was fired, forced out by points, and others by stress no support from Camilla at all. I have been in fear of losing my job for a long time as well now not knowing who to trust who could I get to help me out of this matter Quincy

has terminated everyone in the office don't none of my supervisors accommodate me in any way other then sometimes given me a day off so they don't have to answer any questions and do more dirty work Jason, Richard,Ship,Christian,Randy these supervisors was always trying to do the right things when it came to me but other wise it was like they couldn't and didn't do right by me because of Quincy.

On attachment;

1*    My records shows now that my hours has been cut tremendously, latitia  said  that because of my work hours and routes that I pick is whats stopping me from                     getting extra work and trainees.

So underhandedly they are and have been calling other drivers by phone and over the air of the radio having them to call Disbatch to cover routes  , using the MDT secretly sending messages about covering routes before I even asked or sign up for extra work . Playing Favoritism; using the same people over and over not rotating the board like it's supposed to be not sharing the extra work equally like they supposed to and given ones that's not even on the sign-up sheet work before they go through the sign up sheet and seniority, last episode June 3,4,5,6, See attachment

2*   So With this being said Quincy and whom ever the supervisors may be on staff have been putting trainees on my route (700) late hours when it is my days off, thinking that I wouldn't find out, Now not even caring since Debbie over looked everything I have given her it has been going on a long time and has gotten worser, they don't care who sees what .

3* when doing the route pick this time of April  for this section walking in to pick my runs they was blacked out so you couldn't see what was really available for us.  I have been on the 700 for the last 3 or 4th route picks in the past. So this time was no different I wanted a 700 route, it was only two that was available for me to pick from so I ended up taking this one because the other one was not a 700, With this being said I am the last one to come in . With my seniority I shouldn't be the last one in my lineup  there is one person that has seniority over me with a 10 hour run, there is others on this line up that have a 10 hours run that shouldn't have it and or that they get off before me it that shouldn't be.

4* I am very disappointed of what I've had to go and going through as well as my coworkers when your supervisor shows no respect for themselves is given. You also cannot tell them your personal business because they share it with other drivers and supervisors. I had some beautiful leaders when I first started in this company with my past supervisors Mr Colbert, Mrs Julia and Mrs Patti they had a lot of confidence in me to do things that I never would have done and I thank them for that, with it I have a lot of good comments from my coworkers and passengers stating my attitude toward my jobs. I am so proud of my  rodeo trophy, I have my yearly awards and wear my outstanding operating uniform every week, to be accused of doing  somethings that i never did breaks down the capability of being the best u can be after time, Making one thing less of themselves.

 I am speaking for myself, and the rest of them may speak up when it come out. But myself I am very tired of going through this with these three women Quincy, latitia, and Camilla is wrong for

what they have been doing and should be punished. this makes me and us every sad.

punished

To: Whom It May Concern:

August 2022 will be 3 years that I have been up againt Quincy, Latitia and Camilla. I have endured the following:

I have been singled out
I have been harassed
My employee records have been tampered with and falsified
I have been discriminated against
I have been bullied
I have been retailated on
My pay has been affected
I have been told I made a hostile work environment
Drivers have been working under stress

I have been working stressed out everyday due to upper management has been making it hard for me to work. I have been humiliated in front of my Co workers and peers.

This matter have been brought to everyones attention no one in upper management seem to care or is afraid to speak out or do anything about it due to getting retailiated on.

The truth is the reason we are losing our good drivers and supervisors. The records will speak for themself.

Drivers and supervisors are quitting because the ones involved with the buddy system Quincy, Latitia and Camilla. Drivers and Supervisor are in fear of their jobs so they quit because there is no one here that would put a stop to these unresolved issues.

People dont just quit and walk off their jobs for no apparent reason, this job holds great values to employees wanting to be here. It's the upper management and the stress they are putting on the drivers and other supervisors causing them to quit and walk away from their position this is so unfair to us.

This matter has been brought to HR attention and still nothing was done. No one here has a voice because our chain of command has a buddy system and pencil whip everyone.

My complaints has been turned in four different

times and no actions has been resolved and still being treated unfairly by upper management.

Julia Butler before she left she told Quincy to stop doing what she was doing because she was in the wrong and had no rights taken me off the line up

Liz Williams told Quincy the same thing as Julia stated that when she came back to work she was going to investigate the issues herself but she never came back so Quincy, Latitia and Camilla kept on with the harassment.

Ted also said he was going to investigate this matter and he quit due to fear.

We all had great expectation to support this company as well as my self but silently our expectation has been ripped from us and others are in fear of losing their jobs as well as myself at these trying times is hard to come by for others.

There is something in the upper management that seriously needs to be addressed and changes made.

Camilla has taken the grievance forms out from the work place so that no one can file an grivance against the chain of command she was asked by other union reps to brings them back so employees have access to file complaints and Camilla has refused to let us have some.

I can continue to elaborate about this matter and many of us just want to be at peace while doing our job that we loved to do but we dont want our voices to be pushed away with no one to help us.

May 3 2022

**To Whom It May Concern:**

My name is Alicia Moore and I'm writing this complaint as of September 9th 2022 because I'm yet to resolve these issues that concern my position as a Transit Driver.  Because of these issues I have been:

> I have been singled out
> I have been harassed everyday
> My employee records have been tampered with and falsified
> I have been discriminated against
> I am being bullied by management
> I have been retaliated on due to making complaints
> My pay has been affected
> I have been told I'm crazy and make a hostile work environment
> Denied and overlooked for promotions as a senior driver
> Working under emotional mental stress due to management retaliation

I love my job being a Transit Bus Driver but now I'm hating going to work everyday due to management still makes coming to work harder because they refused to treat me like a  senior equal employee because I proved the wrong things they have done to me and other drivers that don't deserve to be treated unfairly. I have followed the chain of command to get the issues resolved but management will override the problems and twist the complaints to make it though it is me that is steering up problems with the company when all along other employees know what's going on but refused to go up against the individual management due to they don't want to be retaliated on or loose their job.

They are given new employees coming in with no experience and have not been on the job three month and still on their employee probation period the position consist of training new drivers when you have been at the job for a full year and accident free and no complaints, good attendance.  I have been on my job since 12-20-2015.  The new drivers ride along with the senior drivers to not just learn the route but learn how to drive and know the bus system.  I also have been on the outstanding operator list. November  4, 2020 I placed 1st and won the Tulsa Transit Competitions for drivers.

Three head directors of Tulsa Transit has told upper management Quincy to stop the harassment and informed Quincy she had no right to take me off the rotation employee list. Quincy was also suspended for her misconduct by Head Director Julia Butler.  All three directors Julia Butler, Liz and Ted ended up leaving the company leaving me to deal with these issues on my own, Camilla Hunt went into meetings with me and Julia and Liz before they ended their employment with the company and I felt like Camilla the president of the union should have taken the complaints to Human Resources to get these complaints resolved but she as well left me to carry on getting

mistreated by Quincy. I went to inform HR Representative Debbie Boudreaux and Lori but I mostly reported to Debbie. I turned in my complaints to Debbie letting her know what was going on and informing her what the other directors were saying but the retaliation is still ongoing And not resolved and instead of investigating it right then Debbie took off sick for three weeks, and Miss Lori was over seeing it and putting me on later hours while Debbie was gone. When Debbie got back I felt like she did nothing to resolve the issues not even telling Quincy to stop the harassment. Debbie said there was no findings of issues with the complaints I gave but my paperwork of evidence proved otherwise indeed of Quincy discriminating ,harassing, falsifying my records by putting false complaints and accusations in my work file,affecting my pay. Liz was informed about the issues and stated that she would investigate the complaints when she returned but she never returned back to work for the company. I ended up leaving Debbie in HR , she then wrote Bennett and myself saying that she didn't find any wrong doing . Debbie and HR over looked the situation causing me further extreme humiliation and emotional stress upon myself from my supervisor Quincy and Latitia Richardson. Still unnecessary embarrassment and humiliation in front of my coworkers and my supervisors stopping employees from working with me equally. Latitia Richardson helped Quincy write up false complaints and accusations on me putting them in my work file keeping me from being treated equally. Camilla Hunt is the president of the union which is Quincy and Letitia buddies. The three work together to cause problems for employees they don't like and will commit wrongful acts and back each other up even though they no it's wrong and will hide evidence in order not to get caught but I can still prove their wrong doings with my paperwork. Complaint forms are supposed to be available for employees to make complaints but Camilla took all the forms out so that nobody would make any complaints against Quincy or Latitia without her knowledge. Turning in complaint forms on either Quincy or Latita will come back on you as denied or will not show up anywhere on record. In any case of me Camilla told Bennett it is personal and because I called national which is over Camilla she retaliated by telling national, Bennett and Eddie not to help me in any kind of way including herself when I tried to get help. Then consulting head director Mike Colbert at the time he was the director and he retired and came back so I pulled him aside to inform him on what was going on and I needed his assistance trying to resolved these issues again.Mike Colbert fired Quincy before and Julia hired Quincy back when Mike retired so both of them knew of her unprofessional behavior towards coworkers and supervisors and other employees. Using her position power unprofessionally to bully coworkers, supervisors and drivers. Mike respond was to start documenting with dates and time and that he was going to set up a meeting the first meeting that was set up with Mike myself and Bennett for a private meeting, Quincy and Letitia blocked the meeting to keep from us getting to talk to Mike about the issues going on. So with that Being said Bennett went back into Mike office to set up another meeting telling him we need to get the situation resolved so Mike sat up another meeting with Bennett and I and it ended up Being Bennett, Camila, Eddie, Latitia, Quincy, Michael himself, and I . I felt threatened by all of them being around me at one point I did not ask to be in a meeting with all of them it was only supposed to be with me and Bennett and he made me agree to go see a psychiatrist which I agreed to see a third-party telling me he's gonna get me some help like I was

supervisor. I am so upset with this matter I have had this matter written up more than several times I have talked to three head directors that have told her to stop. Then they ended up leaving for their own personal reasons. I then pulled aside HR and the new head Director which did not resolve the problem by saying they didn't find no wrong doing, so it is as of September 20, 2022 it is still ongoing that I have been overlooked and disqualified for work that was available for me and being given to low seniority employees that have not even been on the job site not even 90 days I have yet got this matter resolved as of today I will hope that something will come out of it and this matter will be made a whole.

PS.  My veryrious complaints are that I have been discriminated against in numerous ways,  I am up under emotional and mentally stress daily almost three years now until this day I have been dealing with this whole situation, I am at the point where I don't want to be here at this job anymore, even though it is my life line meaning my whole family are commercial driver's,  something I have been doing for 30 years plus. my hours have been affected by them putting false accusations in my files keeping me from doing promotional work which is done by seniority and qualified drivers, route picking locking me down to late hours or not equally to my coworkers that is up under myself, physically and verbally keeping me out of the rotation by calling and sending secretive messages over the MDT and or asking my coworkers to give base a 10-21 meaning for them to call base, reaching out to my coworkers under me to feel the board before I sign up for extra work. The Union president (Camilla Hunter ) telling other union representative to not  help me when I'm paying my union dues,,  head directors Michael Colbert and  HR Debbie Boudreaux cause me more stress by Not resolving the problems and issues in hand when they occurred , accusing me of being crazy and on drugs saying that I was the only one writing up this  matter,  when I know that I was not , drivers are in and out was and secretly did away with on this job for the last three years because of this same supervisor (Quincy Bennett) and what she got everyone else doing this is the real reason why we can not keep no drivers it has been over 100 drivers that have been through out this job site in and out being disliked by this one supervisor (Quincy Bennett) and have not had a regular schedule in the last three years it has been a very high turnover we have had some beautiful drivers come to this job for seven years I've been here and gone because of the stress this matter really needs to be taken up under consideration and be dealt with as a whole may we have a better outcome. Some of them drivers want their jobs back, and want come back as long as upper management is here this matter needs to be investigated and to be resolved please and thank u

crazy or something . I entered the meeting with all documents and Mike refused to look at them. Quincy  and the rest of them management got mad because I had all proving documents to back up my complaints and after that humiliating meeting that was not supposed to include all of them the retaliation got worser and I felt like it was a threat being with them telling me it was going to end that day but it didn't end the meeting with him didn't get resolved.  I ask for a copy of the paperwork as to why I was being referred for psych evaluation and they refused to give it to me nothing was on the paperwork only to go see community care phychitrist  or I would loose my job. With that being said was to cover Quincy's tracks as far as other coworkers other supervisors and as well as directors of the Job Writing her up as well it was said that all the right ups against her was in one of the directors desk they trying to make it so I'm the only one writing her up which I know is not true.  Going to see the community care lady I was accused of being a junky on drugs and alcohol and suicidal and she kept telling me that my supervisor wasn't going to change and to suck it  up with ending our visitation she made me very uncomfortable with what she was putting on the table she also told me she could not give me a copy of the referral letter from the job she said she can tell me what Debbie said but couldn't give me a copy in which they did not want to give it to me to cover their track on diagnosing me with being crazy and they don't have a valid degree in diagnosis. Saying was going to writing one line to Debbie but she ended up writing more than she said she was going to write and she refused as well to give me copies and the paperwork I did receive from her just wrong consistent dates and no findings With this being said I have been treated like a outcast from all of them, I have documented everything up to this day, and wish that this matter to end and to be made a whole . Please and thank u  September 12 2022.

My Name:
Alicia Moore

# my coworkers

November,8,2022 at 4:03pm

My coworkers, Have saw all of the abuse emotional and mental stress that I've been going through from my supervisors Quincy's , latitia, Linda, Christian, Christopher and the union president Camilla Hunter, Eddie Irvin , Head Directors Michael Colbert , HR Debbie Boudreaux. They pretended to be on my side saying that , but yet I was threatening by Michael, latita , Camilla, Eddie, Quincy and HR Debbie to go see a psychiatrist saying that I must be crazy and then I'm the only one that's going through this, with Quincy ,

the things that was said and all allegations that has been made against me the falsification of my records to keep me from being part of my coworkers to being treated unfairly daily.

But instead of protecting me and reporting the problems ,situation the harassment the emotional and mentally stress and humiliation that I was subject to and going through it was well condone continued on until this day. Their position of power was used to control and to manipulate me also harassed me not only me but a lot of others as well. Knowing that we was powerless and there is no voice in this job,  This job does not have a voice, we have been speaking out for along time now and nothing have been done on my behalf or others they have been pushed out the door one by one silently.

I told Union president Camilla, Head Directors Julia, in 2020,  I told Union president Camilla, Head Directors Liz , in 2021,  I told Union assistant president Lawrence Bennett around the end of  2021, and also Head Director Ted.  After they left the company the harassment was ongoing by all my supervisors and the union. Then Michael Colbert came back in the company I believe that he was someone That  I could've trust with my personal business so I confined into him and he  took away My civil rights in front of all of them and told me I was crazy and I must be on drugs and then I need to go see a psychologist at this point I was threatened to sign a form saying that I will go see the psychiatrist for three visits and I did hoping by going to see the psychiatrist that it will get out of what they was doing to me it was the opposite she also was used against me saying what they wanted her to say I ask The psychiatrist woman for a copy of my release papers from the job she refused as well as Michael Colbert and Debbie  they did not give me copies of the discipline or my files in The therapist office her office instead of being protected I was humiliated emotionally stressed I was in trouble and brainwashed to believe that I was the problem

Tulsa transit Head Directors Michael Colbert and HR Debbie Boudreaux,Union president Camilla Hunter ,  Mr. Costa,and  Eddie Irving,  psychologist Renée Avery did not provide a safe environment or me at all instead made this out to be a hostile work environment I was  subjected to more harassment through out the whole year of 2020,2021,2022 up until  now this day of November,8,2022 I am still being harassed and treated unfairly at my job I've been posted as the problem person here at Tulsa transit. But yet I've been here all most 10 years and have not missed a day. I have a good  attendance report,  i am accident free  and also a winning of the 2020 was a

rodeo bus  composition in first place .

So I ask How much priority  should be placed of  communicating to be used to protect the innocent from been bullied and harassed on and or  off a job, peoples don't realize this is A first experience when you take something away that a person  love to do and the ability to love and express love Taken away or damage it profoundly affect there  psyche at the end of the day my ability to to my job and work has and was stolen from me I'm struggling to get it back  this  matter has been ongoing and have been done to numerous of other drivers silently and they have  been fired or quit without anyone else knowing this is not right .

Everyday president Camila Hunt see me talking to anyone or another of my supervisors she will called them behind my back and tell them to not help me in no kind of way that is also another struggle as well, when union Eddie Irving see me talking to other he will tell Camilla also all the while is what they do they talk about other drivers personal business to other drivers and or supervisors personal business "they like to gossip about everybody. When it happened to me they laughing in my face.

1:57

Done        1 of 4

AUG 19, 2021, 11:55 PM

Affecting my pay, bullying. Hostile work environment

AUG 19, 2021, 9:42 PM

Happy birthday nigga

Video ch

Video cha

Complaint

Another coworker that was fired

• coworker that wanta her job. Sheila Hill

Wrote Quincy up twice and she was fired. because of it. this is what she said to me Briefly

**12:28** 





**Jarett** ›

iMessage
Fri, Aug 20, 2:37 PM

This is Jarett Johnson. From July 28-August 5th I was in the Emergency Room with a stomach lining infection. I had 3 separate write ups when I returned because the said I had to call in each morning to let them know I wasn't coming in even though I told them that I was being admitted to the hospital and would let them know when I would be released.

*Another Driver that was harassed by them Clyress and Fran*

**12:32** 





**Jarett** ›

The day the doctor told me that I was being released but I had to take it easy the next day or so because of the new medicine I was on. I called dispatch to let them know. I was scheduled for the earliest shift 3:30 am which seemed a little odd/intentional. I arrive there on time still groggy off the new medication I told the driver I was assigned to that I was just released from the hospital not even 2 hours ago. I asked if she could drive until I could fully wake up. She agreed. When we get back to the office. I get called into Eric's office and asked if I drove that morning. Before

**12:34**







**Jarett** ›

drove that morning. Before
I could answer he Yelled
"YOURE PAID TO DRIVE" I
tried to tell him again what
happened. He yelled again
"YOU'RE PAID TO DRIVE.
IF YOU DONT LIKE, IT
THERES THE DOOR."

The following day after
that I show up to work and
get suspended for turning
off my phone alarm on the
bus. For 3 days.

That same day I explained
to Erik that I was going
through a divorce and that
I needed help with
possibly getting a ride to
work for the next 3"2
weeks in the Morning.
Which he agreed to. He
said he could have a relief





Jarett ›

driver come get me. When I explain to Q the agreement with me and Erik she said that she wasn't going to do it. When I asked why she said it's because I ride the bus for free. I told her the buses don't start that early. She said she would schedule me later on in the day so that I could catch the bus. Then I told here that wouldn't work because when I get off the buses won't be running anymore. She said you can catch and Uber home. I said I couldn't afford it at the moment. Then she says "I guess you'll be looking for a ride back in New Jersey" referencing

22

3 part

**11:25**

.ıl LTE 🔋

**Done**            **15 of 18**

← **Fw: Retaliation, bullying**

This is A formal dispatch had Also had problems with Quincy. bullying. Signing her name and got her fired. Whom wanted her Job Just wanted to be Left alone.

was nothing done

Nakia Burris 918 590 0785

**Sent:** Sun, Feb 7, 2021 at 10:06 AM
**Subject:** Retaliation, bullying

As a former employee I can now make a complaint without having to fear retaliation for the statements in which I am about to make. Working at Tulsa transit for a little over five years I can say the last year and a half has been the worst. Being in the operations department and over so many operators one begins to understand that unfortunately no matter how well of a job you do if there is someone in management that do not like you unfortunately you will lose your job. That is the case at transit. I have personally witnessed drivers get bullied, even other supervisor get bullied and they all have said something and nothing really was done about it. This one supervisor within a years time was able to come in and sign another supervisors signature to a driver's write up, send emails from other supervisors email accounts, bully drivers and because she is personal friends with the director is basically told dont do it anymore. And unfortunately I still get calls on a daily from drivers because they feel like they really have no one to turn to for help because of the personal friendship between the director and the supervisor that they feel like bullys them.
 My personal issue in which I have

5:39

## Fw: Retaliation, bullying

My personal issue in which I have contacted the EEOC is on a much different level. Being that I had been there five years and only had worked a handful of Sundays, to be exact a mandatory meeting for a few hours, the mock traing for new runs, a couple shifts to cover for another supervisor that was going out of town and a once like new years eve, but ordinarily I wouldn't work on a Sunday do to me attending church services. In my religion the sabbath is celebrated on sundays and that is a day of rest. But after one of the driver in which I had known for years before either of us were employed by transit had made a formal complaint on a supervisor and I did have knowledge of this complaint and the director not "liking" this driver and of course said supervisor is her personal friend she fired the driver and changed my schedule with said supervisors schedule tweaking the days off. Every other supervisor in the dispatch office schedule basically stayed the same. But more so their days off stayed the same. Now im not disputing the schedule change but the days off? Why everyone else days off stayed the same but mine and her supervisor friend? Sounds like retaliation for me knowing and not saying anything. There are drivers there now that are having serious problems with this supervisor

 Delete     Archive     Move     Reply all     More

← **Fw: Retaliation, bullying**

Why everyone else days off stayed the same but mine and her supervisor friend? Sounds like retaliation for me knowing and not saying anything. There are drivers there now that are having serious problems with this supervisor and as much as I am going through trying to get unemployment and everything else with transit I still wouldn't want transit to lose some really great dedicated drivers because of one person's power trip. As a former supervisor who would come in and open at 330 am and stay sometimes til 8 or 9pm and even close sometimes I really think it would be in the best interest of transit to talk to a few of the drivers like G. West, Alicia Moore, Morisha Duckett, Margaret Childs, there are a few more about how they feel. I can tell you that no one really trust the union reps either because the president also is a personal friend and basically she is just a puppet and only fight for who the director wants to keep. This may not help me but I pray it helps some of the greatest drivers I had the pleasure of working with.

Sincerely
Nakia

Sent from Yahoo Mail on Android

Show less

 Delete     Archive     Move     Reply all     More

**11:59**
◀ Phone



.ιll LTE ▬





**Sheabutter New Number 1**

Mon, May 9, 10:04 PM

**Barbara Morman,**
**Shamena French**
**405 833 3595**

*other drivers that was harassed by Quincy them and fired*

Mon, May 9, 11:11 PM

**You all don't have A voice!
No one is there for you all
if there's A problem you
get unfair treatment your
President needs to be
replaced she completely
side's with her friends
instead of doing her job
when one have A problem
they Mocks, belittled
everyone. Many are afraid
of reporting unfair
treatment due to the fear
of losing their jobs.**

Wed. May 11, 8:28 AM

   

       

June   11/2021

I had a meeting with Liz, Mel and Quincy. I found out that Quincy had put my name on some documents that I had no knowledge of. She signed my name to trainees I did not know. When she knew that I complained she covered her tracks by forging the documents to look like I had trainees back to  back. When I did not. Liz asked me did I want to see the documents and I said YES so, when she showed me I clarified it and told her that I did not know none of the people that was on the paper. Liz said she is on her way out of state and she would investigate it when she gets back but Liz did not return back. In the meeting Quincy claimed I made my schedule hard for me to get trainees by being on second shift. But there was also another driver  and others that does my schedule that gets trainees on my scheduled days off and within the same hours that I work. Quincy stated to Liz and Mel that it was hard on my days to get a trainee on Wednesdays, Thursday's and Fridays. But Quincy stated that she wasn't able to find nobody to put the trainees with the next day. Liz stated that Friday's will be good since I was on second shift. Quincy stated that Anna and I was her second shift trainers but that was and is a false statement. Quincy still and have not scheduled me with any trainees up to this day. It's unexplainable why she would do that knowing I would see the trainees on the buses with the trainer across from me on passing. I felt humiliated and felt like a slap in the face because she did it in a sneaky way and other co worker were around talking about it saying to my co workers I have too many complaints that I was not professional in communicating with my trainees.

June 16th 2021 I had bus 1903,June 17th 2021 I had bus 1909,June 18th 2021 I had bus 1901,June 19th 2021 I had bus 1901 all buses I've been on that week the tapes was been pulled. So that she could find something  to write me up on. I told Liz what she did and what she was doing Liz ,or Mel did not like it and she was asked to stop doing it.

June 20th 2021 it was on Sunday I stated that today is full of you know what because Quincy still has a bad attitude with Gina and I this morning Quincy sent us  home  12:00 when we specifically asked to remain until ending a work shift at 2:00 pm.

July 3, 2021 is a Saturday Quincy was out on route checking my times points for no reason.

July 4th 2021 A whole new group of trainees came out of training class.

July 7th, 8th, 9th 2021 I still did not get any trainees, each day I came in there was one or two trainees in the break room that was not scheduled to go out with other trainers. Instead I looked over to the other side and noticed that another co worker with less seniority had a trainee.

July 9, 2021 I went so long with this situation going on I am so upset with it that I don't know who else to talk to for this discriminating act of unfairness. It's just as she has over ruled the other supervisors and bully the situation to her satisfaction and bullying and using her authority to get things done her way only

when the other supervisors are saying they don't know why they are being over ruled, this is all the time.

I have asked for these unfair harassing issues to be addressed and resolved in an timely manner but it is still a unfair fight due to the unprofessional conduct of Quincy.

June 27, 2021 Sunday I signed up to work and after 4 to 5 hours I was told to go home me and another co worker West and I was upset due to the fact that we didn't understand why and wasn't given adequate reasoning.

I tried to talk it out with Quincy but due to her unprofessional behavior and retaliating conduct she refuse to come to any fairness because she is being called out on her conduct.  Quincy stated to Liz and Julia that she wanted to resolve the issues but she only told them that to offset the situations so that it look as though she was trying when all alone she is still making it a hostile environment sneakingly.

To whom it may concern I am still am being bullied and harassed mentally and emotionally and in my face being made fun of when I am in her presence.  She laughs in my face as to let me know that she didn't care about all of us that has complaints against her because she is sneakingly getting rid of all workers that she feels is a threat to her.

July 14th, 15th and 16th , 2021 I didn't get any trainees on those days as well with no explanation from no one so I just documented.

Supervisors Liz and Julia has told Quincy about her unprofessional behavior and warned her to stop in which Quincy was suspended by both supervisors. On Quincys return from suspension in which she came back with a worser behavior and more aggravated due to the nature of her suspension towards all of us that have complaints against her.

July 17, 2021 I was told early that morning by Chris K a co worker that he was written up for insubordination from Quincy about a defective bus. Chris was assigned to a bus which had some issues with it. Chris was reporting to supervisor Shipper about the issue on the radio and Quincy came on yelling at him disrespectfully telling him to drive the bus anyway and Chris refused to drive it due to mechanical sounds.

July 21, 2021 at 1215 I went into Eric office to talk to him about the situation.  I explained to him that things were still out of hand with recognizing my seniority over new employees.

With talking to Eric he stated to me that I am an excellent trainer and in another sense he in turned stated to me that he didn't have to give me no trainees and he stated this rudely in an aggressive way. He stated that I could get with Mel and to set up a meeting or just take me off the trainers list. I stated to him that I have did nothing to nobody and I come to work as I am scheduled to do and never late.  I have been here for 6 years and have not messed any days and I have signed up for

over most of my off time doing extra hours on my off days but yet I am still being treated unfairly.  Eric stated that he had Jason to pull my trainees information on me of how many trainees I had and it stated Ive had trainees back to back when that is false information so someone created a false list( Quincy )of trainees that I know nothing about to cover up the facts that I am getting trainees when I really am not.  I asked Eric why was he talking rude to me when all I was trying to do was get some understanding.

July 23, 2021 when I was coming into work there were 2 trainees and none was assigned to me.  Eric stated that they were not putting any trainees on the 700 route and that they need the trainees on other routes but we and other co workers are seeing new trainees on my schedules on my days off and earlier before my shift not knowing that I would see or find out about it later, soon as I would notice what is going  she would scheduled them around my schedule so that I couldn't see other workers with the trainees. But even after doing this the other drivers would tell me what's going on when I'm not there.

July 27, 2021 I  got to work  walked in the break room and Eddie came in and I pulled him aside and told him what was going on with me and Quincy also entered the room and started sliding her leg trying to be funny and there was two trainees in the room that had been waiting  for several hours to be assigned to a driver and the drivers that they were trying to place them with didn't want to train them. Knowing that the drivers that didn't want to train , Quincy never put any one of those trainees sitting in the room with me., she bypassed me again as usual making it look as a joke in my face. Quincy approached Eddie interrupting our conversation and told Eddie to take a walk with her. I got up to walk away.

July 28, 2021 I came in as always and seen trainees sitting in the break room  walking around waiting to be assigned to other drivers knowing that I was available to train and still never got a trainee. Before it was my time to head out they came and got the trainees and took them out to other drivers.

July 29, 2021 still wasn't given any trainees.

August 4 2021. Starting my run at 1254 Quincy pulled up on me at DAS gets out the company car with a evil smirk on her face like always and started taunting me with evil looks calling me out on the radio when nothing is wrong just to see how I would react to her taunting conduct.

August 5 2021  at 1356 I seen a trainee on 700 with Anna  and it was told to me that  they didn't and they was not going to put any trainees  on the 700 anymore.  I still see trainees on the  700 route with drivers when in passing but it was confronted to me on that this is no longer going to be.

August 6 2021  On this day there was a trainee put on the 700 route with green eyes. There is no reason that they trainees to not be on the 700 because 9 times out of 10 they would end up on the 700 or have to end up having to do anything on the extra board  so why would they not train people on the 700 route? You have to do all the runs on the extra board. And most likely the new people would end up the remains hours of the 700 being on extra board. It is a rapid run and they need to be taught

how to stay on schedule, how to pull up to each platform and maintain their timing points dealing with numerous people in the short amount of time , know how to operate the fair box. Doing this route anytime of the day needs to be clarification mornings and evenings.

August 12 2021 I was told by another driver that witness  that there are two trainees on the 700 route. Quincy makes it a point to pull up on drivers in the company car that she has a problem with and tell them o come talk to her and she would have unnecessary conversations with them and return to the office and write up that she had an hostile conversation between her and the driver when the driver has no clue of what her actions are meaning until the write up is presented to them on a complaint form. She is making up false accusations on drivers she don't like.

August 14 2021 I didn't get no trainees on this day.

August 15 2021 I put in three weeks prior a change of vacation with Richard. Quincy came in a days after and disapproved the change.And a few days after that she ran into me and told me what she did so I told her that I had to go to court and thats the reason I had to change my vacation time. She in turn said okay and marked my my vacation approved and initialed it. She called the job around 0930 that mourning and she wasn't at work and told Randy to tell me to go home because I was on vacation and that I couldn't be at work and on vacation at the same time what she did was allow the extra board people to pick my run after approving my vacation so when she called in on that Sunday she would be able to say go home not wanting me to get the extra hours for that day we called Jason and told him what was going on and he stated for me to stay at work and he would straighten out the situation on Monday.

August 18 2021 I come into work and receive and text message saying Quincy announced a new opportunity for trainers. I said to myself after what she did on Sunday this was just to humiliate me to take my name off the existing trainers list and to make a new one without my name on it so when I complain about it she could say my name is not no the list.  At 1526 pm there was a trainee on 700 route.  There was also two trainees put on the morning 700 routes. I still  am  being lied to in a lot of ways for nothing because Quincy dislike me. I am put thru humiliation as well because of her disliking an ex co worker that I am friends with. I informed her that  I am not involved with what Quincy and Nakia have problems with and Quincy still makes me suffer since Nakia no longer is an employee here. Nakia would give me trainees and Quincy would go behind her and take them her away from me saying your friend is not here.
So I've been having a bad headache dealing with this matter everyday.,
I seen another trainee on other 700 routes today 4:31pm. I was lied to in so many ways for no reason, just because of Quincy did not like me. The fact that I wrote her up, this is a serious matter please advise.

Things she did to other
   1.    There was a list of the other supervisors and there phone numbers, Quincy to it upon herself to take the list out of the window so that the drivers couldn't call the other supervisors for any help

   2.    Aug 20,2021, The new guy she put him out of service for no reason here is

what he said
Jarett Johnson, (918-9517690)
This is Jarett Johnson, From July 28-August 5th I was in the emergency room with a stomach lining infection, I had 3 separate write ups when I returned because the said I had to call in each morning to let them know that I was being admitted to the hospital and would let them know when I would be released. The day the doctor told me that I was being released but I had to take it easy the next day or so because of the new medicine I was on. I called dispatch to let them know. I was scheduled for the earliest shift 3:30am which seemed a little odd/ intentional. I arrive there on time still groggy off the new medication i told the driver I was assigned to that i was just assigned to that i was just released from the hospital not even 2 hours ago. I asked if she could drive until i would fully wake up,She agreed. When we get back to the office. I get called into Eric's office and asked if i drove that morning. Before i could answer he yelled " YOURE PAID  TO DRIVE" i tried to tell him again what happened. He yelled again YOURE PAID TO DRIVE IF YOU DONT LIKE IT THERES THE DOORS.
The following day after that i show up to work and get suspended for turning off my phone alarm on the bus, for 3 days.
That same day i explained to Eric that i was going through a divorce and that I needed help with possibly getting a ride to work for the next 2 to 3 weeks in the morning. Which he agreed to, he said he could have a relief driver come and get me. When I explain to Q the agreement with me and Eric she said that she wasn't going to do it. When i asked why she said its because i ride the bus for free. I told her the buses don't start that early. She said she would schedule me later on in the day so that i could catch the bus. Then i told her that wouldn't work because when i get off the buses wont be running anymore. She said you can catch and Uber home. I said I couldn't afford it at the moment. Then she says "i guess you'll be looking for a ride back in New Jersey" referencing my home state where I'm originally from.
Then the day after that i arrive 10 minutes late they placed me out of service and fired me.
I was told that Quincy is down grading the new guy because he don't have a car, said that she be glad when his fuckin ass quit. All because this man didnt have a car, and that he told her that it was none of her business, she been mad at him every since. We believe that she falsified his records as well.
She was definitely being rude, speaking to me like i was beneath her

   3.    She got it bad by telling other drivers to come see her privately and so that when she get back in the office she would turn the whole story around on that driver, like they did something wrong (morisha,benny,and myself)
   4.    She takes it apron herself to put in what she want on the drivers paperwork Morisha called in sick and Quincy to it apron herself and put a ask off and that was not what morisha told them. Morisha (918-982-1535)
   5.    Miss Joyce was crying every day because of Quincy harassing her so that she  come back. She also told on Quincy but was nothing done. Joyce was a good person funny and guffy. I ran into Joyce on routes numerous of times having to calm her down, telling her to please go in the office and let someone know what was going on. Joyce was a cancer patient in remission she got better and came back to work she was happy until Quincy, I was so sad for her
   6.    Sheila Hill was also a driver and one of the coworkers that Quincy was also harassing and got fired off the job, because Sheila wrote Quincy up 2 or 3

times and got in trouble for it was the reason why she was fired. She wrote the fact that Quincy was affecting her pay, bullying her, and also the fact that Quincy made our workplace hostile environment. All she want was to be left alone as well. Another one that loved her job. You can call Sheila (918-378-2278) and ask for yourself

7.    Nakia Burris was our former supervisor who loved her job as well she was also forced out the door because of Quincy not liking her because she didnt want to do what Quincy said do, Quincy was at the bottom of the list with them. Trying to tell them all what to do like she was over them. Quincy was also doing dirty things in the office is reason why Nakia and Quincy didnt get alone. So Quincy went and told Julia things to turn her against Nakia which hurted Naika feelings, and felt like she didnt have no support and gave up because Julia and Quincy was against her that she had no chance, the two Nakia (918-290-0785)

8.    John Moore was sick while he was at the job and had to go home john after doing his whole shift. Quincy had to run his run I guess the next day or two and got on the bus telling his customers that he had a heart attack not knowing that the passengers was really close to john as far as having john phone number, and they called john and told him what Quincy said to them and then going to Eric telling Eric that the passengers said that he had a heart attack he was so upset about it I told him that he needs to talk to y'all about. He want the rumors to stop and to be left alone.

9.    This is just to much for one person to handle on there job site we all want it to stop please and for everything to be made in a whole Alicia (316-8062541)

10.    Sylvia had got close to Quincy for a long time Quincy was telling Sylvia all the drivers personal business until she got mad at Sylvia and forced her out the door as well , Sylvia was also a good driver that was push out and just wanted to be left alone.

11.    We need this matter to be looked Into this is not alligation to whom it may concern this is a serious matter in hand                                THANK YOU
✳

**usa0144@fedex.com**

| | |
|---|---|
| **From:** | +13168062541@tmomail.net |
| **Sent:** | Monday, August 30, 2021 9:38 AM |
| **To:** | usa0144@fedex.com |
| **Subject:** | [EXTERNAL] |
| **Attachments:** | text_0.txt |

Caution! This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

To who it may concern From Aug 2019 / Aug 28 -2021 The current supervisor whom is in charge of assigning trainees to the trainers roughly have only assign me 8 trainees. How ever employees with my level of experience or less as been also assign trainees. Basically my concern is having more seniority over the other employees and they are been paid in addition more money then what I am. So this worked, when nationality according to Union regulations and the contract agreement between the Union and the City I believe this act is in violation of the contract agreement, because they are assigning people's with less experience then myself, ahead of me, and that's wrong according to my understanding between the Union and the City that employees with the most seniority should be given preference of those with less seniority when it come to those type of assignment and that I have wrote this matter up twice back in early May 2021. I met with Julia the first week of May and the matter and I was assured that I wouldn't have to worry about this matter anymore and there was a suspending posted with a individual. After Mrs. Julia left the situation started back up, and then I went to Liz about it in June both Julia and Liz suspended this individual and also told them to stop because they had no rights and no permission. Now with Liz also gone the situation has presented itself again nothing still have not happen up until this point that I know of, nothing has change. This is the reason why, Union employees are paying there dues, to assure that these types of things don't happen on the job, this has to do with my rights of employment discrimination. I am filling a employment discrimination against this situation because I've been discriminated against, I do not know the reason why I was told that I have had a lot of write ups and I have yet to see any evidence of such all this time the policy and procedure says its not been followed, as an employee I am held to following the standard of the policy and procedures, So should employee that work for this



*I gave this to Camilla with a grievance and formal complaint No Response and walked away*

company. I this that if the records was pulled to show, has how the trainees has been assign. I think the records would ver out my complaint. It would sho that I have been discriminated against as an employee. I feel as though I should get compensated for there action and my lost of wages to be fare and from here on out to be treated equally to the rest of my coworkers. Thank you Alicia Moore

**T · ·Mobile·**

This message was sent to you by a T-Mobile wireless phone.

# To whom it may concern

November,15, 2022

I am writing up this as a formal complaint against president Camilla Hunter and union Eddie Irving, head directors Michael Colbert, HR Debbie Boudreaux.

For one, there are no official paperwork in the drivers work area to file the proper paperwork on any complaints. President Camilla Hunter took them out of the work area over two years ago,  to keep drivers from writing complaints on and about Quincy and the things she was doing to others since she had been in the office.

I am writing to complaint because first and foremost,  I have been threatened by president Camilla Hunter, union Eddie Irving, safety manager Latina Richardson, supervisor Quincy, head director Michael Colbert, also HR Debbie Boudreaux,  and also Community care EAP therapist Renee Avery TO SHUT UP AND TAKE the way I've been treated. I was threaten to sign a agreement to see the EAP  lady Renee Avery for three times or to be out of service so I did sign the paperwork discipline to see the EAP person hoping in my mind trying to get some help on the outside, and to get it resolved once again by a outsider was my intentions. So after I signed this disciplinary hi I asked for a copy from Michael Colbert and Debbie Boudreaux and also EAP lady Renee Avery all three of them refused my request. I went over EAP Renee Ivery and sign a release form for my records she partially gave me a couple of pages, but not what she shared with Debbie Boudreaux it was like they knew one another. EAP Renee told me that she was not going to share my visits with Debbie because it was my confidential records. I was brainwashed to believe that Michael Colbert was going to help me and straighten out this ongoing matter I was told by Vice President Lawrence Bennett that Michael Colbert told him to tell me to have my paperwork and my documentation together for the meeting, and that it will only be us three VP Lawrence Bennett said ok thank you.

The first meeting that was set up early June 2022 I was boomguarded by supervisor Quincy and safety management Latitia Richardson not saying nothing that containing my meeting of the day, but that I couldn't make any copies for Michael Colbert due to paper shortage and that I have to do my route. So I called Vice President Lawrence Bennett to find out what was going on and they told him that my meeting was canceled because of lack of manpower. Having no one to cover , me it was not the truth they had report peoples sitting in the lounge watching TV and sleep so vice president Lawrence Bennett reset the meeting to mid June 2022 when he talked to Michael Colbert

again was with the understanding that it was going to be just Michael Colbert him self vice president Lawrence Bennett and I Alicia Moore.

When vice president Lawrence Bennett and I get to Michael Colbert's office my Civil rights went out the window Michael had president Camilla Hunter, safety manager Latitia Richardson, Supervisor Quincy, and Union Eddie Irving even came in five or 10 minutes later. I felt betrayed I was told to bring my documentation so he can see it but yet he didn't even look at none of my documents I put it on his desk in front of him. All the while he was accusing me of acting crazy and being out of character as far as my job he also said that I was out of place by having the documentations that I had, that something was truly wrong with me that bottom line was that he can get me some help he also said that he did not find any wrongdoing which was the same thing that HR Debbie Boudreaux said to Vice President Lawrence Bennett and myself, with this being said Michael Colbert nor HR Debbie Boudreaux did anything about what was going on.

At that moment I was let down once again humiliated by Mike Colbert in front of all of them insulting my intelligence making comments that I was needing to see a doctor for all the while he was needing to get me to sign this agreement for HR Debbie Boudreaux also, I felt like that it had parts to do with falsification of my records as well. I also ask Debbie for a copy of disciplinary she also refused to give me a copy. After the disciplinary was signed Michael Colbert asked of me 6 times what do i want him to do and I told him 6 times to tell them three president Camilla hunters, Supervisor Quincy, safety managerLatitia Richardson,to leave me alone and to let me do my job in peace and to be treated equally to my coworkers. Michael Colbert ended my meeting with him by saying that this was going to be the end of this today. But it was not I was approached by another driver that didn't even work there anymore and a lot of other supervisors that was not in the meeting about this meeting and information. President Camilla Hunter allowed Supervisor Quincy to harassed and humiliated me in front of everyone I was subjected unfairness treatments, falsification of my records,affecting my pay by cutting my hours and looking to me on the board safety manager Latitia Richardson also wrote me up for Supervisor Quincy. Eddie Irvin allow that to happen, this have been on going on and off since August 2019 on the low down until now . I have been speaking out every since day one I have been documenting everything that has been going on with me since day one. I went to HR Debbie Boudreaux claimed that she was going to investigate it out never did or did away with my evidence, it looks as though Michael Colbert was to get me to sign the disciplinary paperwork to go see the EAP person Renee Avery like I was the problem. I didn't know that Debbie was involved until the EAP Renée Avery lady said that she made a comment on the disciplinary from which I didn't know of it there was nothing on it when I signed it out the agreements was to go see the EAP for three visits and that was it Michael said if I needed more time then that we was to talk about it.

t came to the conclusion that this was the reason neither one of the three Michael Colbert, Debbie Boudreaux, or Renée Avery all three refused to give me a copy of the referral and or disciplinary with this being said Debbie also falsified my Tulsa Tansit files with Michael Colbert, and Renee Avery help. I have been enduring unfair treatments since August 2019 until now by all of them I had nowhere to turn to so I reached out over president Camilla Hunter's head and it was expected for

her to be mad but she knew it was going to happen, and she did not care. Camilla told Vice President Lawrence Bennett to not help me anymore this complaint comes to play because yet still nothing has been done I am still being miss treated, treated unfairly after what Michael Colbert said in his office every day still remains and I'm asking for a  revolution

to this matter again for the unfairness treatments the humiliation, distress to stop and to be treated equally to my coworkers,  I wanted and want  closure for a long time now for this matter to be made as a whole. In the  meeting with Michael Colbert mid June 2022, I heard her Camilla say because I'll call national and said she was not doing her job so as of a result of this president Camilla Hunter is now telling others not to help me in no kind of way she told Vice President Lawrence Bennett putting him on the spot he even stop talking to me for a while. I knew from response after I was talking to my supervisor Christian  a couple weeks ago President Camilla a walking past trying to hear our conversation I was asking him to end this yet again was my second time I talked with him I asked him why would he think that I wouldn't want to be treated like my coworkers and after our conversation  president Camilla Hunter past us I knew she had said something to him asking what I was talking to him about telling Christian not to help me as well because this his whole demeanor changed and is still ongoing all the supervisors are doing this to me Linda as well has been cutting my hours the whole thing like Quincy told her to and I know that Christian mean well but he is being put between a rock and a hard place as in the middle. I cannot and will not make no excuses for him as of today because I was told just last week he had two other coworkers in office about Quincy behavior and left me out to defend myself yet again on my own.

So with this being said President Camilla Hunter is stopping peoples from helping me in any kind of way even though I have been paying my union dues since I've been here at Tulsa transit since 2015, Because I have made over five complaints againstsupervisor Quincy and herself, Eddie,supervisor Latitia when she was here this is November 15, 2022 The unfair treatment, emotional stress, humiliation, in front of my coworkers and made this out to be a hostile work place, every day trying to get me to explode and out of character or either to quit. this is why we don't have any drivers nor supervisors the ones we had were some beautiful peoples the high turnover will speak for itself. this started when Quincy got in the office like they all were scared of her. After I wrote HR Debbie a supervisor Randy walked out a driver Leonard Hawkins wrote Quincy up as well for the  same exact thing but yet  I was exaggerating my situation and accuse of needing to see a psychologist even knowing that she is the cause of our turn over here at Tulsa transit with the supervisors and drivers when Quincy don't like you. Also Camilla Hunter and Eddie have a problem with telling other people supervisors and Drivers other drivers and supervisors personal business (information) I am asking again and trying to one more time to stop this ongoing unfair treatment, humiliation, emotional stress,

#1 Before in 2020 there was a coworker Shelia Hill fired because she wrote Quincy up 2 or 3 times for the same thing,  #2 then there was a supervisor shipper coworker Quincy was bullying,  #3 Travional in 2021 was been picked on because of she was gay,  #4 another coworker Jarett

Johnson in 2021 was picked because he was overweighted and didn't have transportation to work so Quincy asked him why don't you have a car he told her it was not any of her business from there she set him up and fired him,  #5 Nakia Burrs Supervisor 2020 was harassed and set up by Quincy also fired Quincy was going behind Nakia when she get up from her work area get on Nakia computer and send out letter under Nakia ask Quincy to stop that and make complaint with head director Julia Butler, Colbert now # 6 Latitia Richardson herself also was harassed and bullied by Quincy , Quincy was signing there other supervisors names without permission  2022 quit because she didn't want to work with Quincy anymore # 7 Leon was also picked on and quit 2022  # 8 Richard is a supervisor left because of stress I believe he also picked on 2021 # 9 pastor Larry 2022 was picked on also left because of stress # 10 George 2022 was also picked on walked off the job twice  # 11 Joe a.k.a. Santa Claus also left because of stress 2021  #12 Wesley was also picked on left 2022  # 13 Randy Acreman Supervisor also walked off the job because of Quincy was being bullied by Quincy 2022  #14 Barbara Martin also quit Nov 2020 was  been picked on by Quincy and quit # 15  Shamena French Mar, 2021 was being picked on and harassed by Quincy and quit   #16 Anthony stressed  2022 quit #17 David S took early retirement 2022 stress # 18 Gina was picked on 2021 #19 Ulonda 2020 was picked on left because of stress  #20 John M 2021 -2020 was picked on and also reported it # 21 Anna picked on 2022  and reported  #22 Sylvia 2020 was picked on and quit because of stress  # 23 Terry 2020 was picked on and quit  #24 Joyce B 2021 - 2022 was picked on and stressed # 25 Morisha 2022 was picked on stress and quit  # 26 Dennis 2021 - 2022 was picked on and stress # 27 Jason Supervisor was stressed and quit 2022   # 28 Eugene, Peggy, Kim,  Earnestine , Kam,  Isaiah, Kevin,  and Terry , late 2021 - 2022 also quit and stressed # 29 Moses C  being picked on 2022 stressed # 30 Pam being picked on 2022 and stress to # 31 Pell  2022 being picked on stress  #32 dusty wrote Quincy up three times same exact reasons bullying, harassment,  making this out to be a hostile work place, cutting of the hours,  and more 2022  # 33 Christian himself was picked on and stress out behind Quincy #34 there was a write up on Jarett  January 6, 2020 were Quincy sign Latita Richardson name for a sleep in five one for him #35 Lucinda 2020 quit she was picked on and was setup, fried  #36 there r more people we had good drivers we had good supervisors they all was under stress because there was a buddy system that was using their positions to control the system and no one could speak out or get throug. I have also found out yet November ,3, 2022 again that Quincy have showed her true colors yet with another supervisor (Linda) whom have been helping her treating other drivers unfairly Quincy started out bullying then stress and in to almost wanting to fight  supervisor Linda. So Linda went and told Scott the new head director. I'll ask again for this matter to be made  a whole  for it to result within a revolution of a good ending to please stop the madness in this workplace.

# Metropolitan Tulsa Transit Authority

P.O. Box 52488 • Tulsa, Oklahoma 74152 • (918) 585-1195

## NOTICE OF ENTRY IN PERSONNEL FILE

Instructions: This form must be made on all entries in employee's file.                    Date _____

Distribution: Original copy to Personnel file, Duplicate to Union, Triplicate to Employee.

NAME _Alicia Moore_____    BADGE NO. _10872_

ADDRESS _510 South Rockford Ave_____    ZIP CODE _74120_

9/9/21

**REASON FOR ACTION TAKEN**

Date _8/28/21_    Scheduled Time _____    Time Arrived _____ Time Called _3:30P_    Bus No. _1911_

Route _700_    Location _1st & Elgin/Safety Office_    8:50A    Run No. _71_

Remarks: _Poor customer service - EHB. Page 49, B-1_

_Code of Conduct - Page 10, Avoid disruptive behavior,_
_be respectful, professional, and considerate to_
_Tulsa Transit employee, customers, and the public at_
_all times, in all circumstances._

_This incident occurred in the safety office on_
_9-9-21 @ 850A, conduct of unbecoming_

**ACTION TAKEN**

Accident ..... ☐    Preventable ..... ☐    Written Warning ..... ☑ Discharged ..... ☐

Resigned ..... ☐    Commended ..... ☐    Suspended ..... ☐ _____ Days  Suspension Dates: _____

Remarks: _This is your 1st written warning in a_
_12-month period._

_Want to file a grievance. Thank you_
_Alicia Moore_

I have received a copy of this notice:

_Chris Sheng Fone_____
**Employees Signature**

_____
Union Committee Member

_Latitia Richardson_
**Supervisor Officer**

## HAVE I EVER BEEN RUDE + YOU

NO Chris Bogen

a0

NO Gina West

No Theresa Cox

NO Derra Green

No Sylvia Whitehead

NO Pete Briscoe

20 Tray Daniels

NO GEORGE WILSON

NO Dennis Jeter

NO George Henson

NO! Scott Williams

h a LeRoi Rodney
NO LAWRENCE BENNETT

no Melody Lindy

no Rhonda Henderson

NO R. Duvall D080
RANDY Wilson
No ADF
Best Driver you all g
#1

NO Paris Hall

NO MR. Brown

NO Ishar Velazque

NO Carl Joseph

No Megan Tombridge

No Gerald Allen

NO Dawn

NO Diane

NO TERENCE

NOt at all

HAVE I EVER BEEN Rude

to YOU

He

NO. Best Driver on Transit

Pay roll. A.O.F.

Kevin Wright

NO not today

24

Amysie Cuy    NO

Lynn A. Bogast    No

Melo Goece NO

Arthur Brown NO
She Ono of the Best
Driver Youhaye

Matt   NO

NO
Nevea
She is very nice
Aulum Ricason

Sibe No  Griffin NO Heven
Erron Griffin
Damon Short No She is a good driver

Adama Herguson No

Wilma J Harris   No I dont think
so

(xi) Grace C. Gross - 6918E. Pine St apt r.
I'm so glad for them & you.
what they go through in a day out here - come over
traffic alone, you, the Bus, I couldn't do what they do;
then us too.

HAVE I ~~that~~ EVER Been Rude
to you

No she is not rude.
Yasmi Carter

NO She wasn't

~~Anthw~~ NO She's Cool.
Carter →







# To whom it may concernm

December 13;2022

Today I am writing a formal complaint to the corporate office of the Union Office on and about President Camilla Hunter,  Eddie Irvin and President John Costa for the last three years I have been subject to constant harassment daily after I having made numerous complaints against the body system themselves. I wrote President Costa  letting him know what was going on, on the job site. He immediately sent my complaint back to me telling me that I should go to the next union meeting and push back, that it was article 24 that my coworkers would always get work over me, was his responses. President Costa was very far from the truth article 24 did not have anything to do with my situation, had he  investigated it properly instead of listening to others. I believe the out come would of been other wise  dealt with made a whole, and over with then.

Due to their actions I  have suffered:

*I have been humiliated daily, *retaliated against daily because for one I heard Camilla say with her own mouth that I called the National Office on her and said that she was not doing her job, Camilla was very upset with me and also told the rest of them Eddie Irvin Lawrence Bennett  to not help me in any kind of way because of this, not only them but and supervisors as well. *Because of the conversation that president Costa had with president Camilla about what I sent him, every since then I have been going through it from Camilla herself as well as my supervisor her friend which is part of her buddy system, *emotional humiliation and stressed daily,  * the abuse of my work hours and Pay has been altered weekly, and yearly by route picking and daily runs  that was available for me that I didn't get a chance to pick from because of them * I have been overlooked for positions that was held for qualification drivers and was also supposed to go by rotation I was secretly removed from the rotation list without permission is what I have been complaining about all this time. I took my complaints to president Camilla she laughed in my face and walked off from and said that I would never see that, all this time just because. *Defamation of character, they tried to make me  look  like I was a crackhead or something or crazy person for what I was complaining about is this, I was threaten to shut up and take it, up until the first two weeks of November 2022 the supervisor (Quincy Seals) that was allowed to harassed and bullied me also falsified and put fictitious claims in my files to keeping me from promotion that I was qualified for. I was single out by this person, played favoritism against only to be sabotage to keep me from being treated equally to my coworkers, and also made this out to be a hostile work place for along time up until now I have proved it all and kept documentation since day one. Quincy Seals has been recommended and suspended by other head directors and supervisors over her which was kept under the table. I'm not the only one that has been writing her up as doing the complaints and the abuse she has been issuing toward other drivers and also supervisors. I have heard that as of November 2022 Quincy has been let go so I am no longer dealing with her or the other part of the buddy system supervisor

writing her up as doing the complaints and the abuse she has been issuing toward other drivers and also supervisors. I have heard that as of November 2022 Quincy has been let go so I am no longer dealing with her or the other part of the buddy system supervisor Latitia Richardson , they both are no longer with the company. We have new management since Aug 2022 , I finally went up to talk to the new general management Scott after I heard that Quincy was suspended or let go I didn't know at the time, again letting them know that I was being harassed and writing a complaint on Camilla Hunter of the union as well for going behind my back telling others to not help me when I have been paying my union dues all this time for 7 years and that my complaints was legit and not personal. This matter is held under numerous of articles I DID NOT deserve this treatment from them or anyone else I am a positive person I love my job i love my coworkers. I have been in the field for 30 years plus my position shouldn't have never been taken away from me my hours or my pay they wanted me to admit that I was falling behind in my financial situations which was none of their personal business so I did not disclose that information to them. I feel as though my position with the union is well over done I do not no longer wanna be part of the union whom I have put my trust in, have failed me in a lot of ways, took a lot from me my faith, my soul and heart have been hurt so bad inside to only be broken down to nothing. My situation has a lot to do with the Ethics Policies as well Conflicts of interest, Involvement with others on the job. so As of today December 13 ,2022 i have no interest of being in the union no longer. I have proved my point I have had 20 trainees with in the last two to three weeks of me going to Scott and NO complaints only good wording from the trainees which proves the allegations that was held against me was something personal.

 I appreciate Scott for being there for me. So I'm asking of u as well to please stop this madness this shouldn't of never been acceptable by anyone to be taking people through this situation on a job site or anywhere else . I feel as though I should be compensated for all my  time lost, my record clean and an apology thank you

# Complaining against

Quincy Bennett
 I have never in my life have been through nothing like this before
Quincy Bennett was fired before I came to Tulsa transit and that was December 2015. Michael Colbert fired Quincy some years back knowing Quincy background Quincy was not eligible for rehire but after  Michael Colbert retired Julia Butler her friend rehired Quincy back knowing the type of person she was and the things that Quincy herself did to lose her job in beginning  was a lot of wrong doing. What I have learned of Quincy while my time of working with her is that she is a bully. Words can speak for themselves when I say that all while Quincy have been in the office as a supervisor it has been over 100 employees that have either been into it with her or been terminated by her , Latina Richardson, Camilla Hunter, Eddie Irving, sometimes it could be not a legit reason or just because. Quincy use her position to gain authority and control over others employees and supervisors to get what she wanted done even if it was the wrong doing they did it because they didn't want Quincy herself to get mad at them and also to be retaliated against. Now I have went through chain of  command speaking to four Head Directors and HR Debbie Boudreaux. The first three told Quincy to leave me alone and let me do my job. All three of them ended up leaving the job for their on personal reasons given Quincy time to start doing what she was doing  all over again. Affecting my pay, taking me off the rotation list, emotionally and mentally humiliating and embarrassing me in front of my coworkers  and supervisors, harassing and discriminating against me because doing this promotion you will get a upper pay  and it's a lot of Recognition on the job bullying me by making me stay on runs when I ask to be off of and route picks that I didn't want leaving me only two runs to pick from the people up under me have better routes then I do this is how my hours was controlled when I sign up for extra work and put a restriction on it like I wanna get off early I will only get 2 1/2 hours no more than five hours if I don't put a restriction on it I would end up working 18 hours a day. I have been on the rotation list since December 2015 when I started which was before Quincy came back to this job. Quincy also had  the rest of the supervisors treating me this was as well with no conscience ,when Quincy don't like u she will turn on u this way.,And has the whole upper management is afraid of her. Which I believe is why they have not done nothing to Quincy because I am not the only one that have wrote Quincy up but this is what they HR Debbie Boudreaux,and Michael Colbert wants me to think by calling me crazy also wanting other peoples to believe it as well. Because I am being disliked by Quincy I have been dealing with this situation since Aug 2019 up until September 18 , 2022 causing me emotional and mentally stress leaving this a hostile work place for not just me but all the other employees and supervisors that Quincy gets upset with.  It's has been a well overwhelming process that I and others had to endured I have asked too many times to just to be left alone for I can do my job and to be treated equally to my coworkers come and go home in peace . But my words were never heard and actions were never taken with this being said it left this job place a hostile work environment

**Camilla Hunter**

**President of the union she is also black turned her back and told the rest of the Union reps do not help me at all including herself Allowing and allowed:**

**Quincy Bennett,**

**Latino Richardson,**

**Michael Colbert,**

**Debbie Boudreaux,**

**Eddie Irving,**

**Linda Winfield**

**president costa**

**To put things in my file that was not true and treat me and treated me the way they have been , overlooking me for work that was available for me, singling me out and harassing ,retaliating against me because I have wrote them up numerous of times , and to the headquarters, embarrassing and humiliating me in front of my coworkers and supervisors keeping me from getting promotions that I was capable and qualified to do. Also Camila  Hunter Retaliated against me For contacting President costa telling Eddie Irving and Lawrence Bennett the other union representative not help me in no kind of way including herself.  Leaving this matter unresolved I am every day been discriminated against with the low seniority non  qualified getting premonitions and recognitions on the job. Talking behind my back, Calling me out of my name and laughing in my face about the whole situation. Leave this matter unresolved and this to be a hostile work place. U can not file a complaint on one because Camilla has taken the complaints forms out of the work place over two years ago.**

**Eddie Irving :**

**Is a union representative also black Eddie was told by Camila Hunter the president of the union not to help me at all and he did so just that. I was pulled in the office by Latina Richardson and Eddie was in there and didn't say nothing let her talk to me any kind of way making false accusations also putting them in my file. Keeping me from getting promotion also taking me off the rotation list which she had no rights to do. It was all done for Quincy Bennett. So I was wrote up for these so call accusations and was nothing said or did about it I went to Eddie and asked him did I do this and he said no so I informed him that he needed to make this right and correct the situation he never did.**

**Linda Winfield :**

Supervisor she is also black and she was doing everything Quincy Bennett told her to do I would look at me with the rotation signing me out off of work on days I asked to do more on to keep me from getting overtime only giving me 2 1/2 hours telling me that she have to call someone else before me when their name wasn't even on the work list at time, this was done every time I asked to do overtime of any work that was needing to be done. Harassing me every time I call for security she will call security behind me  over the air radio and ask them to give her a 21 to see what is going on on my bus or with me instead of her sending them out to do their job she is sending them out to pull the video tape to try and find any wrong doing I confronted her about this matter and asked her to stop it because I knew what she was doing another one of my coworkers they did the same thing not just one several of my coworkers called in for security on this day and not once she asked them to give her a 21 so I knew she was harassing me at that moment singling me out doing things that Quincy Bennett wanted her to do trying to provoke me making this out to be a hostile workplace.

Latina Richardson:

also was a supervisor she was also black and also did whatever Quincy Bennett told her to do by writing me up putting false accusations and complaints in my files keeping me from getting recognition of any kind she was also harassing help Quincy Bennett sabotaging my meetings with the Head directors she took me off the rotation list of promotions, She did not have any concrete valid complaints toward me in no way so she had no legit reason to put me in the position that I have been in the last three year's. She will get with Quincy Bennett and laugh in my face humiliate me in front of the coworkers the whole job trying to provoke me so they can fire me.

President of the Union Costa:

I sent my matter and concerns to President Costa  letting him know that President Camila Hunter has corrupted the company by letting the other supervisors which is her social buddies outside of the job do whatever they wanted to do toward the employees that has been disliked by Quincy Bennett .  It has been over 100 employees that has been dismissed or harassed  somehow by Quincy Bennett  she has been wrote up for all of her wrong doings when she dislikes you, and the write ups against Quincy Bennett have been dismissed or not resolved  and even did away with including videos . I also was explaining to president Costa  that this is the reason why we had such a high turnover we have been on a Saturday schedule for the last three years now because of upper management. Also telling him that I have been overlooked and being harassed and retaliated against  by Camilla Hunter,Quincy Bennett , and Latitia Richardson. Camilla Hunter have also went in on two of my meetings with past directors knowing what the situation was and that when the other directors left that my matter was still ongoing. President Costa wrote me back sending me all my paperwork and my complaint back to me telling me to go to the next meeting union meeting and push back , that the extra board will get work over me anyway which was not true or which was stated in article 24 he said, with him being the president over president Camilla Hunter he should have known that other articles are explaining the way seniority is to be used so with this being said he did not investigate anything that I brought forward to him or sent to him trying to get this

resolved.


**Debbie Boudreaux:**
With the matter not being resolved a consultant Debbie Boudreaux in HR she is white.  I also wrote out a formal complaint against Quincy Bennett and Latina Richardson for harassing retaliating , and discriminating then I was put on later hours supposedly keeping me from running into Quincy and Latitia , Then Bebbie  took almost a month off saying that she was sick it was nothing I can do but wait . Then Debbie called me on my phone and told me that she was sick and that she will deal with it when she came back so with that being said I was still in my situation by myself. When Debbie did returned Lawrence Bennett and I made an appointment to talk to Debbie about the situation Lawrence told Debbie that the situation have not been resolved and that it has been going on for a long time. That I was not the only one that she was picking on but that I was the only one documenting my paperwork. She said that she would investigate it. After waiting so long I felt like the evidence was did away with then Debbie wrote myself  and Lawrence Bennett a recovering letter saying that she did not find no wrong doing.  Leaving the matter unresolved ,so we didn't say nothing to no one else until Michael Colbert came back in the company from retirement .I Also ask Debbie Boudreaux for a copy of my referral letter that she herself and Michael made out for the psychologist woman


**Michael Colbert:**
Michael came in from retirement because they was needing help in the directors positions .
Because of the matter and situation was still not resolved I pulled Michael Colbert aside yet another (Head Director ) at the time he was saying to me that if this was going on that it was not supposed to be far as me being overlooked that the employees have to have  qualifications meaning having to be  on the job site for a year no absentees, nor write ups, accident free, to do such and if that I was being harassed to document it and the dates and times, I told him ok that I was already documenting it from the beginning he said ok then we will set up a meeting, so I did I told Lawrence Bennett to do so to set the meeting up with Michael and Michael told Lawrence Bennett the same thing for me to have all my documentation, and Lawrence Bennett and myself was ready for my meeting. The first meeting was set up and sabotage by Quincy Bennett
Latitia  Richardson.  I was using the company Pinter to make copies for the meeting and I was told that I couldn't make copies because the company had paper shortage,and that they didn't have no one to cover myself for the meeting for me to go back to work. I did very upset and informed Lawrence that they had canceled the meeting and didn't tell me anything saying that no man power when they did have people on report at that time but made me go back to work. So the meeting was setup again, Lawrence Bennett attempt to reset the meeting a couple more times for him myself and Michael.  Finally Michael reset the meeting and it was posted to be Lawrence Bennett and myself, but when Lawrence and I got in Michael's office there was Camilla Hunter,  Latitia

Richardson , Quincy Bennett, Eddie Irving  and  Michael his self. They was all surrounding me as a threat Michael turned on Lawrence and myself, the documentation that Michael was asking for he would not even look at it instead Michael started accusing me of having such and applied that I most be needing some help trying to say that was the only one making complaints Quincy,Latitia, for Harassing myself, Camilla, Eddie, Debbie for not resolving Tha matters. Now with this being said without a doubt Michael refused to look at any of the documentation saying that he didn't find no wrong doing, Michael went on by saying that he was going to get me some help making me to agree to go see a psychiatrist first of all with them all around me the way they was I felt threatened and it lead me no choice be to agree to go see the psychologist and on this paperwork was stating that I would and that I have three visits with them that the company was paying for, I said ok and Michael said if anymore I guess I would have had to pay for it, it was this or losing my job so  I signed up to go. Hoping that I can get this matter out of  what was going to someone else that wasn't in the job . With this being said I asked for a copy of the referral letter and did not give it to me. I also asked of HR Debbie Boudreaux and she also refused to give me a copy of the referral letter.also Michael asked of me about five different times what did I wanted him to do, and I told him and Debbie Boudreaux five times and more to make them leave me alone.and as of September ,14 ,2022 I am still going through this matter

Renee Avery:
Is also a white person,  I was sent to her to supposedly try and resolve my situations that was going on, on the job not knowing that I was accused of being on drugs and a crazy person. Renee kept talking to me about the world is or not ending, and that rather I was on drugs and alcohol of any kind , That what was I going to do as far as my job either I was going to stay with the job and shut up and take it or find another job somewhere else because my supervisor was not going to change. Renee was saying that I gave her the right to talk to Debbie Boudreaux about my case and that she will not discuss no more then one line sentence of it with her which was not making any sense to me so I really didn't say nothing to Renee containing to what was really going through on the job . I told her bits and pieces first meeting with Renee I asked her for a copy of my referral letter and Renee also refused to give it to me saying that Debbie Boudreaux said that I was successive sadness and hindering myself and others,that was far from the truth because for a long while now , have been staying in my car until it was time for me to go to work ,also made the comment that they didn't explain it to you while you was coming here and I applied and told her no I felt i was threatened and I agree to come so I can keep my job  and to get  it out that it was going on to the outside is what I told her. I asked them to many  times to just leave me alone and let me do my job. At the end of my section I asked  Renee for a copy of  my records once again and she again refused me of having copies of my records I was  adamant for her to give them to me so I went unannounced and request for them, Renee then yet still did not give my full reports to  me. It was then I seen that Renée was not truthful to me at all.

Drivers that has quit OR walked out OR had problems with Quincy, Latitia, Carmulia OR got fired

| | |
|---|---|
| Kim fuel | carmelita |
| Opal | Eamesteen |
| Peggy | bridget |
| Joyce | Tanea |
| Marla | Gina |
| Marlo | Kim |
| Barbara Norman | Runny |
| Shamena French | Lee |
| Sylvia | Keith |
| Lucinda Murdock | Red |
| Stephanie | Bobby |
| Daniel | David |
| Shelia | Cardell |
| Kam | Mike |
| Jewel | Hawkin |
| Nakia | Dennis |
| Travionna | John |
| Morisha | Kim |
| Sharnetta | Terry |
| Johnetta | Ugene |
| Dee Dee | Jarette |
| Janet | george |
| Janet Hill | Fim |

Rest of that got Fireal 4 part
OR Quit

Terry Mosep                    Demeco
Chris Sanders                  Chris   Supervisor
Alex
Randy Acreman  Supervisor  Sup
Andre
Corey              Joe McDoulett
Jarette              Knox
Otis              Wesley
Cobb
Monique
Rolonda
Marget
Brandon
William
Dwayne
hurman
~~Brandon~~
Brandon
Richard

And there is others we dont
Know about.
Randy
Val
Anthony
Garette
David
Mister lamal



Nov 20 2021

6:21 AM

This is one way Quincy was controlling my hours, on this day she (Quincy) Call another driver as of him to do Extra work and took the run from me but ~~~~ 2½ hours and gave it —to him

*Wed Sat*

...being assigned work you do not want and the dispatcher from assigning work incorrectly.

| EMPLOYEE ID | SIGNATURE OF OPERATORS | COMMENTS/INFORMATION |
|---|---|---|
| 6469 | L.A.W. Bennett | Between Run Sat only |
| 6563 | D. Collins | Before Run 60 M,T, Th |
| 6839 | Remache | Sunday / Wednesday |
| 702A | J McDowlett | between days 60' |
| 6720 | only Sun, Sat | off by 2 pm |
| 6920 | Gina West | Sat Wed 8³-2 |
| 10972 | Alicia (5-15-22) | between Sun off by 2 Mon Tai off on 3rd |
| 6753 | Roshun Redd Sat | Sun over thes off |
| 7134 | KGLong | between Run 123 |
| 6643 | Thomas Torrence | Wed. |

*I was over looked*

etour
N TUL
Y 24T
00Pm
off
on 3rd
to wa
o wai
yenne
ill h





*May 22 2022*
*Sunday*

## SUNDAY 5/22/2022
## EXTRA BOARD ASSIGNMENT SHEET

| OPERATOR | RUN # | SIGN ON | SIGN-OFF | OVERTIME | COMMENTS |
|---|---|---|---|---|---|
| M. TURNER | R/O | | | | |
| G. WILSON | R/O | | | | |
| L. DAVIS | R/O | | | | |
| D. STITH | R/O | | | | |

| OPER NAME | RUN | SIGN ON | SIGN OFF | COMMENTS |
|---|---|---|---|---|
| F. ANDREW | REPORT | 630A | | |
| R. REDD | REPORT | 645A | | |

*Was overlooked*

## VACATION HOLD DOWN

| OPERATOR | RUN # | SIGN ON | STRAIGHT TIME | OVERTIME | TOTAL PAY TIME |
|---|---|---|---|---|---|
| L. DAVIS | EXB | | | | |
| T. McCLELLAN | R/O | | | | |
| R. BRISKER | 135 | | | | |
| D. STITH | EXB | | | | |
| Y. TARIAH | R/O | | | | |



May 23 2022
Monday

### EXTRA BOARD ASSIGNMENT SHEET

| OPERATOR | RUN/REPORT | SIGN-ON | SIGN OFF | PAYTIME | COMMENTS |
|---|---|---|---|---|---|
| G. WILSON | OFF | | | | |
| L. DAVIS | 20 | 545A | | | |
| | REPORT | 210P | | | |
| D. STITH | REPORT | 500A | | | |
| | 63 | 1246P | | | |
| M. TURNER | 21 | 549A | | | |
| | REPORT | 1015A | | | |

was over looked

| OPER NAME | RUN | SIGN ON | SIGN OFF | COMMENTS |
|---|---|---|---|---|
| J. WILSON | REPORT | 430A | | |
| P. JACKSON | REPORT | 1210P | | |

### VACATION HOLD DOWN

| OPERATOR | RUN # | SIGN ON | STRAIGHT TIME | OVERTIME | TOTAL PAY TIME |
|---|---|---|---|---|---|
| L. DAVIS | EXB | | | | |
| T. McClellan | R/O | | | | |
| R. BRISKER | 16 | | | | |
| D. STITH | EXB | | | | |
| Y. TARIAH | R/O | | | | |





5 26 2022
Wed 10:54 Dm

## THURSDAY 3/26/22
## EXTRA BOARD ASSIGNMENT SHEET

I didn't get no work this day

| OPERATOR | RUN # | SIGN ON | | OVERTIME | COMMENTS |
|---|---|---|---|---|---|
| M. TURNER | 48 | 1047A | | | |
| G. WILSON | REPORT | 500A | | | |
| | 50 | 1105 | | | |
| A. NEDJRAOUL | OFF | | | | |
| G. GARRETT | 21 | 549A | | | |
| T. JOHNSON | 1 | 445A | | | |
| S. HALEY | OFF | | | | |
| L. DAVIS | 32 | 605A | | | |
| | 2 ½ 43 | 40SP | | | |
| D. STITH | 59 | 1152A | | | |
| J IRVIN | REPORT | 1100A | | | |

| OPER NAME | RUN | SIGN ON | SIGN OFF | COMMENTS |
|---|---|---|---|---|
| R. REDD | REPORT | 430A | | |
| G. WEST | 1 ½ 43 | 849A | | OFF BY |
| | REPORT | 1230P | | 2 |
| P. JACKSON | REPORT | 1216P | | |
| J. KNICKERBOCKER | REPORT | 300P | | |

| VACATION HOLD DOWN | | | | | |
|---|---|---|---|---|---|
| OPERATOR | RUN # | SIGN ON | STRAIGHT TIME | OVERTIME | TOTAL PAY T |
| L. DAVIS | EXB | | | | |
| T. McCLELLAN | 3 | | | | |
| R. BRISKER | 16 | | | | |
| D. STITH | EXB | | | | |
| Y. TARIAH | 18 | | | | |

UPDATED 09/04/2022

AUGUST 2022 SIGN-UP
EFFECTIVE SEPTEMBER 4, 2022

| OPERATOR NAME | RELIEF NO. | MON ASSIG. | TUE ASSIG. | WED ASSIG. | THU ASSIG. | FRI ASSIG. | SAT ASSIG. | SUN ASSIG. |
|---|---|---|---|---|---|---|---|---|
| Gregory, Siobhan | 1 | 13 (8.00) | 63 (8.00) | 51 (8.42) | 61 (8.12) | R/O | 120 (8.00) | 146 (8.75) |
| Sells, Kei-A-Wana | 2 | R/O | R/O | 20 (8.82) | 7 (8.57) | 14 (8.23) | 118 (8.00) | R/O |
| Horner, Penny | 3 | 21 (8.15) | 66 (9.60) | R/O | 47 (9.55) | 46 (8.25) | 136 (8.47) | R/O |
| Haynes-Green, Dena | 4 | R/O | R/O | 40 (10.83) | 34 (11.12) | 32 (10.00) | 100 (12.70) | R/O |
| Barnett, Pamela | 5 | 65 (8.57) | 65 (8.57) | R/O | 54 (8.43) | 50 (8.00) | 139 (8.33) | R/O |
| Yokum, Jared | 6 | 45 (10.33) | 38 (11.17) | R/O | 18 (8.30) | 33 (10.17) | 106 (12.66) | R/O |
| Asberry, Alissa | 7 | 5 (8.37) | 44 (8.45) | R/O | 24 (8.25) | | 126 (8.25) | R/O |
| Brashear, Teresa | 8 | 4 (8.18) | 53 (8.00) | R/O | 31 (9.12) | 28 (8.00) | 140 (8.00) | R/O |
| Stith, Darius | 9 | 1 (8.00) | 41 (8.70) | 11 (8.08) | R/O | 10 (8.03) | 105 (8.00) | R/O |
| Jeffries, Carl | 10 | 38 (11.17) | 45 (10.33) | R/O | | 36 (10.18) | 114 (10.18) | R/O |
| Jones, Brandon | 11 | 66 (9.60) | R/O | 68 (8.00) | 67 (8.00) | 57 (9.17) | 116 (8.08) | R/O |
| Loomis, Bryan | 12 | R/O | | 43 (8.00) | 55 (10.00) | 15 (12.55) | 107 (11.12) | 148 (11.93) |
| Oberst, Steve | 13 | 27 (8.33) | 49 (11.33) | 59 (8.00) | 23 (8.33) | R/O | 125 (8.37) | R/O |
| Williams, Torrence | 14 | 49 (11.33) | 60 (8.15) | 37 (8.60) | R/O | 25 (8.02) | 123 (8.00) | R/O |
| Collins, Tony | 15 | 19 (8.37) | 64 (8.02) | 56 (8.37) | | 58 (8.03) | 127 (8.03) | 150 (8.92) |
| Wilson, John | 16 | R/O | R/O | 48 (10.00) | 48 (10.00) | 35 (12.75) | 72 (10.03) | R/O |
| Moore, Alicia | 17 | R/O | R/O | | R/O | R/O | R/O | R/O |
| West, Virginia | 18 | 30 (12.33) | 30 (12.33) | 55 (10.00) | | | | 149 (12.55) |

# 5ull 2023 00230

with my seniority I should have been at the Top of the list and I am not as you can see I have only 10 hours on 3 of m... clews and others have 11 or 12 that shouldn't

**APRIL 2022 WEEKDAY SIGN-UP EFFECTIVE MAY 5, 2022**

Note: All pay hours are listed in decimal equivalents, and are rounded to two decimal places.

| Operator Name | Run | Line | Type | Report Time | From Node | From Time | To Time | To Node | Plat | Report | Clear | Travel | Work Time | Work OT | Makeup Time | Spread Time | Spread OT | To Pa... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carter, Shundora | 1 | 700 | 1pc-str-8 | 04:45:00 | MTTA | 04:55:00 | 12:59:00 | DASBAY11-R64 | 8.07 | 0.17 | 0.00 | 0.10 | 8.33 | 0.00 | 0.00 | 8.33 | 0 |  |
| Lasater, Raymond | 2 | 700 | 1pc-str-8 | 05:00:00 | MTTA | 05:10:00 | 12:57:00 | DASBAY11-R63 | 7.78 | 0.17 | 0.00 | 0.10 | 8.05 | 0.00 | 0.00 | 8.05 | 0 |  |
| Barnes, Shametta | 4 | 700 500 | 2pc_spl_8 | 05:05:00 11:08:00 | MTTA 81LEWWAL-R35 | 05:15:00 11:13:00 | 09:37:00 14:13:00 | DASBAY11-R44 81LEWWAL-R26 | 4.37 3.00 | 0.17 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.35 | 0 |  |
| Bowens, Demeco | 5 | 110 | 1pc-str-8 | 05:19:00 | MTTA | 05:28:00 | 13:19:00 | 3ST ROCK-R18 | 7.37 7.83 | 0.25 0.17 | 0.00 | 0.87 | 8.48 | 0.00 | 0.00 | 9.52 | 0 |  |
| Meister, Tony | 6 | 700 | 1pc_str_10 | 05:20:00 | MTTA | 05:30:00 | 15:04:00 | PEOR54N-R67 | 9.57 | 0.17 | 0.00 | 0.00 | 8.03 | 0.00 | 0.00 | 0.00 | 0 |  |
| Eatmon, Randy | 7 | 440 700 | 2pc_spl_8 | 05:22:00 11:52:00 | MTTA DASBAY11-R44 | 05:32:00 11:57:00 | 08:40:00 16:37:00 | ADMHARV4-R41 DASBAY11-R61 | 9.57 3.13 4.65 | 0.17 0.17 0.08 | 0.00 | 0.32 | 0.00 | 0.00 | 0.00 |  | 0 |  |
| Jeffries, Roderic | 9 | 140 401 | 2pc_spl_8 | 05:26:00 10:55:00 | TCCINE-R22 | 05:36:00 11:00:00 | 08:50:00 16:05:00 | DASBAY-R41 TCCINE-R29 | 3.33 4.08 | 0.08 0.17 | 0.00 | 0.30 | 9.43 | 0.00 | 0.00 | 9.52 | 0 |  |
| Noble Jr., Melvin | 10 | 110 | 1pc-str-8 | 05:27:00 | MTTA | 05:37:00 | 13:33:00 | 3ST ROCK-R42 | 7.90 | 0.25 | 0.00 | 0.47 | 8.03 | 0.00 | 0.00 | 9.43 | 0 |  |
| Barnes, Joyce | 12 | 440 110 | 2pc_spl_8 | 05:30:00 12:55:00 | MTTA DAS BA...-R33 | 05:40:00 13:00:00 | 11:09:00 15:25:00 | ADMHARV-R25 DAS BA...-R31 | 5.48 2.42 | 0.25 0.08 | 0.00 | 0.32 | 8.47 | 0.00 | 0.00 | 10.02 | 0 |  |
| Edwards, Johnetta | 13 | 114 | 1pc-str-8 | 05:44:00 | MTTA | 05:44:00 | 13:07:00 | DAS BA... | 7.35 | 0.17 | 0.00 | 0.10 | 7.62 | 0.10 | 0.00 | 7.62 | 0 |  |
| Hunter, Carmilla | 14 | 401 | 1pc-str-8 |  |  | 05:41:00 | 14:01:00 | TCCINE-R35 | 8.52 | 0.17 | 0.00 | 0.38 | 8.87 | 0.00 | 0.00 | 8.87 | 0 |  |
| Andrews, Ferris | 16 | 700 | 2pc_spl_10 | 05:35:00 14:00:00 | MTTA | 05:45:00 14:06:00 | 11:50:00 17:30:00 | TCCINE-R58 MTTA | 0.08 3.42 | 0.17 0.17 | 0.00 | 0.18 | 10.02 | 0.02 | 0.00 | 12.00 | 0 |  |
| Calico, LaTania | 17 | 201 | 1pc-str-8 | 05:40:00 | MTTA | 05:50:00 | 13:10:00 | PEOR54N-R62 | 7.33 | 0.17 | 0.08 | 0.22 | 7.72 | 0.00 | 0.28 | 7.72 | 0 |  |
| Henderson, Joyce | 18 |  |  | 05:44:00 |  | 05:54:00 |  | DAS BAY6-R49 |  | 0.17 | 0.00 | 0.00 | 8.23 | 0.00 | 0.00 | 8.23 | 0 |  |
| Wralher Jr., Sylvester | 19 |  |  |  | MTTA | 05:54:00 |  | DAS BAY-R36 |  |  |  |  |  |  |  |  |  |  |
| Williams, Arlis | 19 |  | 1pc-str-8 | 05:44:00 | MTTA | 05:54:00 | 00:00 | DAS BAY-R22 | 8.10 | 0.17 | 0.00 | 0.10 | 8.23 | 0.00 | 0.00 | 8.23 | 0 |  |
| Wilkinson, Jonathan | 20 | 700 | 1pc-str-8 | 05:45:00 |  | 13:59:00 |  | DASBAY11-R32 | 8.10 | 0.17 | 0.00 | 0.10 | 8.37 | 0.00 | 0.00 | 8.37 | 0 |  |
| Duckett, Morisha | 21 | 114 440 | 2pc_spl_8 | 05:49:00 13:35:00 | MTTA ADMHARV-R25 | 05:59:00 13:40:00 | 10:05:00 17:20:00 | DAS BAY4-R45 WHWSUBHU-R52 | 4.10 3.67 | 0.17 0.08 | 0.00 | 0.10 | 8.33 | 0.00 | 0.00 | 8.33 | 0 |  |
| Childs, Margaret | 22 |  |  |  |  |  |  |  |  | 0.25 | 0.00 | 0.63 | 8.65 | 0.00 | 0.00 | 11.93 | 0 |  |

## APRIL 2022 WEEKDAY SIGN-UP EFFECTIVE MAY 5, 2022

Note: All pay hours are listed in decimal equivalents, and are rounded to two decimal places.

| Operator Name | Run | Line | Type | Report Time | From Node | From Time | To Time | To Node | Plat | Report | Clear | Travel | Work Time | Work OT | Makeup Time | Spread Time | Spread OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Axtell, Wayne | 23 | 300 / 490 | 2pc_spl_10 | 05:50:00 / 15:55:00 | MTTA / WHWSUBHU-R52 | 06:00:00 / 16:00:00 | 12:55:00 / 19:02:00 | MMS BAY2-R60 / MTTA | 6.92 / 3.03 / 9.95 | 0.17 / 0.08 / 0.25 | 0.08 | 0.75 | 11.03 | 0.52 | 0.00 | 13.28 | 0.6333 |
| Verser, Lee | | 440 | 1pc-str-8 | 05:55:00 | MTTA | 06:05:00 | 13:40:00 | ADMHARV-R21 | 7.58 / 7.58 | 0.17 / 0.17 | 0.00 | 0.75 | [illegible] | 0.00 | | | 0.52 |
| Bell, Vonceil | 25 | 440 | 1pc-str-8 | 05:55:00 | MTTA | 06:05:00 | [illegible] | [OUTSIDE ... illegible] | [illegible] | | 0.08 | 0.75 | [illegible] | | | [illegible] | |
| Gillis, Jacob | | [illegible] | 1pc-str-8 | 05:55:00 | MTTA | 06:05:00 | 11:23:00 | ADMLSUBH-R54 | 5.30 | 0.17 | | 0.12 | 7.87 | 0.00 | 0.13 | 7.87 | 0 |
| Daniels, Troy | 27 | 310 / 140 | 2pc_spl_8 | 05:57:00 / 14:45:00 | MTTA / DAS BAY3-R61 | 07:07:00 / 14:50:00 | 11:30:00 / 16:50:00 | MMS BAY5-R60 / DAS BAY3-R46 | 5.38 / 2.00 / 7.38 | 0.17 / 0.08 / 0.25 | | 0.75 | 8.17 | 0.00 | 0.00 | 10.98 | 0 |
| [illegible] | 26 | [illegible] | [illegible] | [illegible] | MTTA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | | | [illegible] | |
| Hawkins, Leonard | 30 | 310 / 900 | 2pc_spl_10 | 06:00:00 / 16:52:00 | MTTA / MTTA | 06:10:00 / 17:02:00 | 13:07:00 / 18:31:00 | WHWSUBHU-R34 / MTTA | 6.95 / 1.48 / 8.43 | 0.17 / 0.17 / 0.33 | 0.08 | 0.42 | 9.27 | 0.30 | 0.00 | 12.60 | 0.3 |
| Bennett, Lawrence | 31 | 480 / 110 | 2pc_spl_10 | 06:00:00 / 15:20:00 | MTTA / DAS BAY8-R12 | 06:10:00 / 15:25:00 | 12:17:00 / 19:31:00 | 41STYALE-R59 / MTTA | 6.12 / 4.10 / 10.22 | 0.17 / 0.17 / 0.33 | 0.08 | 0.52 | 10.97 | 0.48 | 0.00 | 13.53 | 0.7666 |
| Henderson, Rolonda | 32 | 470 / 700 | 2pc_spl_8 | 06:05:00 / 13:54:00 | MTTA / DASBAY11-R20 | 06:15:00 / 13:59:00 | 11:17:00 / 16:19:00 | WHWSUBHU-R48 / DASBAY11-R43 | 5.03 / 2.33 / 7.37 | 0.17 / 0.08 / 0.25 | 0.08 | 0.62 | 8.23 | 0.00 | 0.00 | 10.33 | 0.8 |
| [illegible] | | | | | | | | | [illegible] | | | | [illegible] | | | [illegible] | |
| Treece, Chuck | 28 | 150 | 1pc-str-8 | 05:58:00 | MTTA | 06:08:00 | 13:30:00 | DAS BAY7-R33 | 7.37 / 7.37 | 0.17 / 0.17 | 0.00 | 0.10 | 7.63 | 0.00 | 0.00 | 7.63 | 0 |
| Irvin, Eddie | 29 | 300 / 401 | 2pc_spl_10 | 05:58:00 / 15:00:00 | MTTA / TCC/NE-R9 | 06:08:00 / 15:05:00 | 11:55:00 / 19:25:00 | MMS BAY2-R55 / MTTA | 5.78 / 4.33 / 10.12 | 0.17 / 0.08 / 0.25 | 0.08 | 0.53 | 10.53 | 0.00 | 0.00 | 13.53 | 0.7666 |
| Jeter, Dennis | 35 | 500 / 401 | 2pc_spl_10 | 06:15:00 / 14:10:00 | MTTA / TCC/NE-R14 | 06:25:00 / 14:15:00 | 11:13:00 / 19:05:00 | 81LEWWAL-R4 / MTTA | 4.80 / 4.83 / 9.63 | 0.17 / 0.08 / 0.25 | 0.08 | 0.57 | 10.53 | 0.00 | 0.00 | 13.60 | 0.8 |
| Ingram, Keith | 34 | 150 / 310 | 2pc_spl_10 | 06:14:00 / 13:02:00 | MTTA / WHWSUBHU-R30 | 06:24:00 / 13:07:00 | 10:15:00 / 19:45:00 | DAS BAY7-R46 / MTTA | 3.85 / 6.63 / 10.48 | 0.17 / 0.08 / 0.25 | 0.08 | 0.52 | 11.33 | 0.67 | 0.00 | 13.60 | 0.8 |
| [illegible] | | | | | | | | | [illegible] | | | | [illegible] | | | [illegible] | |
| Johnson, Izell | 36 | 900 / 140 | 2pc_spl_8 | 06:20:00 / 11:55:00 | MTTA / DAS BAY3-R18 | 06:30:00 / 12:00:00 | 07:45:00 / 19:14:00 | MTTA / MTTA | 1.25 / 7.23 / 8.48 | 0.17 / 0.08 / 0.25 | 0.17 | 0.52 | 10.53 | 0.27 | 0.00 | 12.92 | 0.45 |
| Jordan, Cleophas | 37 | 490 / 508 | 2pc_spl_10 | 06:25:00 / 13:10:00 | MTTA / Ken/Aspe-R40 | 06:35:00 / 13:15:00 | 11:00:00 / 17:50:00 | WHWSUBHU-R47 / MTTA | 4.33 / 5.40 / 9.73 | 0.17 / 0.08 / 0.25 | 0.08 | 0.10 | 9.00 | 0.17 | 0.00 | 12.98 | 0.4833 |
| Jackson, Paulette | 38 | 490 / 500 | 2pc_spl_8 | 06:36:00 / 16:08:00 | MTTA / 81LEWWAL-R26 | 06:46:00 / 16:13:00 | 11:44:00 / 18:59:00 | WHWSUBHU-R52 / MTTA | 4.98 / 2.77 / 7.75 | 0.25 | 0.08 | 0.75 | 10.08 | 0.05 | 0.00 | 11.50 | 0 |
| Kramer, Chris | 39 | 508 / 150 | 2pc_spl_10 | 07:20:00 / 14:10:00 | MTTA / DAS BAY7-R46 | 07:30:00 / 14:15:00 | 11:50:00 / 19:39:00 | MTTA / MTTA | 4.42 / 4.58 / 9.00 | 0.17 / 0.08 / 0.25 | 0.08 | 0.80 | 8.88 | 0.12 | 0.00 | 12.47 | 0.2333 |
| | 40 | 508 / 110 | 2pc_spl_8 | 07:40:00 / 16:30:00 | MTTA / DAS BAY9-R22 | 07:50:00 / 16:35:00 | 13:15:00 / 19:21:00 | Ken/Aspe-R37 / MTTA | 5.42 / 2.77 / 8.18 | 0.17 / 0.08 / 0.25 | 0.17 | 0.43 | 8.95 | 0.15 | 0.00 | 12.40 | 0.2 |
| Cox, Jesse | 41 | 440 / 110 | 2pc_spl_8 | 08:35:00 / 14:55:00 | ADMHARV-R7 / DAS BAY5-R18 | 08:40:00 / 15:00:00 | 11:40:00 / 20:05:00 | ADMHARV-R57 / MTTA | 3.00 / 5.08 / 8.08 | 0.08 / 0.08 | 0.08 | 0.33 | 8.67 | 0.00 | 0.00 | 11.70 | 0 |



✓ Sign up to work didn't get Any

compensation would, therefore, only be paid is if your case is settled or a favorable verdict is received. At that point, we would take a portion of what is recovered. If the case does not settle or an unfavorable verdict in your case is received, you will not owe for the legal services we have provided.

**Privacy Policy**
All information received from a client is strictly confidential. Our firm takes every step possible to protect your privacy. The data submitted via this form is encrypted and secured using industry-standard 128-bit SSL encryption.

Your Social Security number and other personal information will only be used in the event that you hire the firm to represent you in your legal matter, and then only when necessary in limited use during the course of your case.

Social Security numbers are most often used to positively identify parties. Most courts require Social Security numbers of all parties in a case. Some other examples of how this information may be used include:
- initial service
- in court orders
- in required reports or other documents filed with the State

If you have any questions, please don't hesitate to contact our law office.

Thank you again for contacting us.

# Contact Information

**Salutation**

None ╌ ⁞○ whom it may concern

**First Name ***
Alicia

**Middle Name**

**Last Name ***
Moore

**Date of Birth**
5 3 48